**B1 (Official Form 1) (1/08)**

| United States Bankruptcy Court<br>District of Colorado | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gill, Mark G.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Gill, Nancy J.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**ods Colorado Regional Construction, Inc.**<br>**ods CRC/P, INC.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**ods Colorado Regional Construction, Inc.** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **0058 / 75-3029547** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **3338 / 75-3029547** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**30695 Longhorn Circle**<br>**Elizabeth, CO**<br><br>ZIPCODE **80107** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**30695 Longhorn Circle**<br>**Elizabeth, CO**<br><br>ZIPCODE **80107** |
| County of Residence or of the Principal Place of Business:<br>**Elbert** | County of Residence or of the Principal Place of Business:<br>**Elbert** |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**88 Inverness Circle East, Suite J 101, Englewood, CO**   ZIPCODE **80112** |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☐ Chapter 11           Main Proceeding<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>☐ Chapter 13           Recognition of a Foreign<br>                              Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer   ☑ Debts are primarily<br>debts, defined in 11 U.S.C.          business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                                          Page 2

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gill, Mark G. & Gill, Nancy J.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)                            Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)                                                                        Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gill, Mark G. & Gill, Nancy J.** |
|---|---|

<div align="center">

**Signatures**

</div>

| | |
|---|---|
| <div align="center">**Signature(s) of Debtor(s) (Individual/Joint)**</div> | <div align="center">**Signature of a Foreign Representative**</div> |

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Mark G. Gill**
_____ **Mark G. Gill**
Signature of Debtor

X **/s/ Nancy J. Gill**
_____ **Nancy J. Gill**
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**August 17, 2009**
_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| | |
|---|---|
| <div align="center">**Signature of Attorney\***</div> | <div align="center">**Signature of Non-Attorney Petition Preparer**</div> |

X **/s/ NANCY D.MILLER, ESQ.**
_____
Signature of Attorney for Debtor(s)

**NANCY D.MILLER, ESQ. 6785**
**Kennedy Childs & Fogg,P.C.**
**1050 17th St., Suite 2500**
**Denver, CO 80265**

**nmiller@kcfpc.com**

**August 17, 2009**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

| | |
|---|---|
| <div align="center">**Signature of Debtor (Corporation/Partnership)**</div> | |

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### District of Colorado

IN RE:                                  Case No. _____

Gill, Nancy J. _____ Chapter **7** _____
                       Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Nancy J. Gill** _____

Date: **August 17, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number: __01267-CO-CC-007986883__

# CERTIFICATE OF COUNSELING

I CERTIFY that on _August 11, 2009_____, at _9:57_____ o'clock _PM CDT_____,

_Nancy J Gill_____ received from

_Money Management International, Inc._____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

_District of Colorado_____, an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan _was not prepared_____.  If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted _by internet and telephone_____.

Date: _August 11, 2009_____      By      _/s/Hollyn Riley_____

                                        Name   _Hollyn Riley_____

                                        Title   _Counselor_____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## District of Colorado

IN RE:

**Gill, Mark G.**
_____
Debtor(s)

Case No. _____

Chapter **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **_/s/ Mark G. Gill_** _____

Date: **August 17, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Certificate Number:  01267-CO-CC-007986882

# CERTIFICATE OF COUNSELING

I CERTIFY that on  August 11, 2009             , at  9:57          o'clock  PM CDT            ,

Mark G Gill                                                       received from

Money Management International, Inc.                                                    ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Colorado                              , an  individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan  was not prepared      .  If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted  by internet and telephone            .

Date:  August 11, 2009             By       /s/Hollyn Riley

                                   Name    Hollyn Riley

                                   Title   Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

B7 (Official Form 7) (12/07)

## United States Bankruptcy Court
## District of Colorado

IN RE:

Case No. _____

Gill, Mark G. & Gill, Nancy J. _____

Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| 92,573.00 | 2009  CRC INCOME FOR MARK AND NANCY GILL |
| 89,251.00 | 2008 CRC INCOME FOR MARK AND NANCY GILL |
| 185,761.00 | 2007 CRC INCOME FOR MARK AND NANCY GILL |

---

**2. Income other than from employment or operation of business**

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| 7,027.25 | 2007 CONDOMINIUM RENTAL INCOME |

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **WASHINGTON MUTUAL BANK**<br>**POB 100576**<br>**MAILSTOP FSC0170**<br>**FLORENCE, SC 29502-0576** | **6/5/09 - $3143.**<br>**7/15/09 - $1571.**<br>**8/14/2009 $1571** | **6,315.00** | **413,000.00** |

**DEBTORS RECEOVED AN  ESCROW REIMB. CHECK FROM WASHINGTON MUTUAL AND MADE THE $3143 PAYMENT.  THIS PAYMENT  DID NOT RUN THROUGH DEBTORS ACCOUNT.**

| | | | |
|---|---|---|---|
| **SELECT PORTFOLIO SERVICING INC**<br>**PO BOX 65250**<br>**SALT LAKE CITY, UT  84165-0250**<br>**.** | **5.15.09** | **3,374.00** | **424,000.00** |
| **MOUNTAIN PROPANE** | **5/8/09-$632.**<br>**6/709-$443.**<br>**7/14/09-$557.** | **1,634.00** | **0.00** |
| **MVEA (ELECTRIC)** | **6/1/09-$429.**<br>**7/27/09-$233.** | **662.00** | **0.00** |
| **MELVIN RAU**<br>**13644 LINDEN ST.**<br>**THORNTON, CO  80602** | **5.8.09 $ 560.00;5.15.09**<br>**$455.00;5.29.09 $420.00;6.5.09 $700.** | **2,135.00** | **0.00** |

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **ROBERT GILL**<br>**12663 E, OHIO AVE,**<br>**AURORA, CO  80012**<br>**BROTHER** | **9/12/08 - $10,000.**<br>**10/27/08 - $5,000.**<br>**11/28/08 - $10,000.** | **25,000.00** | **136,963.00** |
| **DAVID GILL**<br>**441 N 6TH AVE.**<br>**BRIGHTON, CO  80601**<br>**BROTHER** | **10/27/08 - $$5,000.**<br>**12/29/08 - $10,000.** | **15,000.00** | **69,450.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **SEE ATTACHED LIST OF LAWSUITS** | | | |

None ☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **INTERNAL REVENUE SERVICE**<br>**OGDEN, UT** | **APRIL &  JULY 2009** | **$4870.56 AND $20,773.79 CRC BANK ACCOUNTS** |

**TAX LEVY  WITH GARNISHMENTS TO CITI WIDE BANKAND CASTLE ROCK BANK  RE 941 AND 940 TAXES  (2006-2007)- TOTAL AMOUNT DUE IRS $183,526.33 AS OF 8/19/09**

| | | |
|---|---|---|
| **V & B MASONRY** | **2/13/09** | **$45,358.31** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**PENDING COURT ACTION AND MONEY HELD IN COURT REGISTRY**

| | | |
|---|---|---|
| SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY, UT  84165-0250 | 8/2009 | NOTICE OF DEFAULT ON 704 CRAMNER<br>AVE., #D |

**5. Repossessions, foreclosures and returns**

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| GMAC<br>PO BOX 79135<br>PHOENIX, AZ  85062-9135 | 7/2008 APPROX. | 2007 CADILLAC ESCALADE -NO EQUITY;<br>DEFICIENCY CLAIMED |

**6. Assignments and receiverships**

None ☑   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☐   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION<br>OF COURT<br>CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|---|
| ARAPAHOE DISTRICT COURT REGISTRY<br>7325 S POTOMAC ST<br>CENTENNIAL, CO  80112 | #2008CV2313 | 2/13/09 | GARNISHMENT OF<br>$45,358.31 |

**7. Gifts**

None ☑   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF<br>PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|
| KENNEDY CHILDS & FOGG, P.C.<br>1050 17TH ST., STE. 2500<br>DENVER, CO  80265 | 3/31/09 | 500.00 |
| MONEY MANAGEMENT INTERNATIONAL INC.<br>9009 W. LOOP SOUTH, 7TH FL.<br>HOUSTON, TX  77096 | 8/11/09 | 50.00 |
| KENNEDY CHILDS & FOGG, P.C.<br>1050 17TH ST., STE. 2500<br>DENVER, CO  80265<br><br>PAYMENT RECEIVED FROM CRC | 7/29/09 | 5,000.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **AMERIPRISE**<br>**BRAD GANN**<br>**2925 PROFESSIONAL PL. #101**<br>**COLORADO SPRINGS, CO**<br><br>**BALANCE OF $47.14** | **401 K #49001** | **6/2008 WITHDREW $27,470.71 (PERSONAL FUNDS)** |
| **IST BANK**<br>**I-25 AND BEEVUE AVE.**<br>**ENGLEWOOD, CO  80111** | **CHECKING ACCOUNT FOR CRC #2696** | **8/5/09** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **MELVIN RAU**<br>**13644 LINDEN ST.**<br>**THORNTON, CO  80602** | **BOAT AND TRAILER** | **30695 LONGHORN CIR., ELIZABETH, CO** |
| **SKIP SHERMAN** | **1 SNOWMOBILE** | **DEBTORS' RESIDENCE** |
| **DAVID GILL**<br>**441 N 6TH AVE.**<br>**BRIGHTON, CO  80601** | **1936 PLYMOUTH --UNKOWN** | **RESIDENCE** |
| **JOSH GILL & BRANDON GILL**<br>**30695 LONGHORN CIRCLE**<br>**ELIZABETH, CO  80107** | **FURNTIURE AND HOUSEHOLD GOODS FOR EACH ADULT SON IN DEBTORS' BASEMENT.** | |

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☐ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **COYOTE CREEK SUBDIVISION, TABERNASH, CO** | **STATE OF COLORADO 4300 CHERRY CREEK DR. S DENVER, CO  80246** | **4/14/09** | **EROSION CONTROL FENCING AT SITE** |

**SERVICE OF NOTICE OF VIOLATION/CEASE AND DESIST ORDER, #S0-0904141**

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☐ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|
| **COLORADO DEPT OF PUBLIC HEALTH 4300 CHERRY CREEK DR. S DENVER, CO  80246** | **S0-090414-1** | **OPEN** |

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **COLORADO REGIONAL CONSTRUCTION, INC.** | **#75-3029547** | **88 INVERNESS CIRCLE EAST, SUITE J 101 ENGLEWOOD, CO  80112** | **GENERAL CONTRACTOR** | **3/2002-8/2009** |
| **CRC/P INC.** | **#20-0618335** | **88 INVERNESS CIRCLE E, #J106** | **ARCHITECTURAL FIRM** | **1/15/2004 - PRESENT** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**ENGLEWOOD, CO  80112**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None
☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **NANCY GILL** | **FULL DURATION OF COMPANY** |
| **30695 LONGHORN CIR.** | |
| **ELIZABETH, CO  80107** | |

**SOME BUSINESS RECORDS ARE AT LEASED LOCATION AND MAY NOT BE AVAILALBE**

| **BAUERLE & CO.** | **TAX ACCOUNTANTS FULL DURATION OF COMPANY** |
| **1720 S. BELLAIRE ST., #1010** | |
| **DENVER, CO  80222** | |

None
☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **BAUERLE & CO.** | **2002-2009** |
| **1720 S. BELLAIRE ST., #1010** | |
| **DENVER, CO  80222** | |

None
☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**NANCY GILL**
**30695 LONGHORN CIR.**
**ELIZABETH, CO  80107**

**BAUERLE & CO.**
**1720 S. BELLAIRE ST., #1010**
**DENVER, CO  80222**

None
☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

None
☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market, or other basis) |
|---|---|---|
| **UPDATED 8/11/09** | **NANCY GILL** | |
| **DEC. 2006** | **BAUERLE & CO.** | |

None
☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                    NAME AND ADDRESS OF CUSTODIAN OF INVENTORY RECORDS

| DEC. 2006 | BAUERLE & CO.<br>1720 S. BELLAIRE ST., #1010<br>DENVER, CO  80222 |
|-----------|-------------------------------------------------------------------|
| DEC. 2006 | BAUERLE & CO.<br>1720 S. BELLAIRE ST., #1010<br>DENVER, CO  80222 |
| AUG. 2009 | MARK AND NANCY GILL<br>30695 LONGHORN CIR.<br>ELIZABETH, CO  80107 |

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|------------------|-------|---------------------------------------------|
| MARK G. GILL | PRESIDENT | 50% |
| NANCY GILL<br>30695 LONGHORN CIR.<br>ELIZABETH, CO  80107 | SEC/TREAS. | 50 % |

---

**22. Former partners, officers, directors and shareholders**

None ☑  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

---

None ☑  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

---

**25. Pension Funds.**

None ☑  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **August 17, 2009**          Signature  ***/s/ Mark G. Gill***

of Debtor                                                    **Mark G. Gill**


Date: **August 17, 2009**          Signature  ***/s/ Nancy J. Gill***

of Joint Debtor                                          **Nancy J. Gill**

(if any)

_____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Colorado

IN RE:                                                          Case No. _____

**Gill, Mark G. & Gill, Nancy J.** _____   Chapter **7** _____
<div align="center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 825,500.00 | | |
| B - Personal Property | Yes | 3 | $ 33,011.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 1,049,795.12 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $ 310,598.17 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | $ 3,358,126.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 10 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 6,654.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 6,557.00 |
| TOTAL | | 62 | $ 858,511.00 | $ 4,718,519.68 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Colorado

**IN RE:**                             Case No. _____

**Gill, Mark G. & Gill, Nancy J.** _____ Chapter **7** _____

                      Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
          Debtor(s)                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **CONDO - 704 CRAMNER UNIT 5, FRASER, CO 80442** | | J | 425,000.00 | 424,988.35 |
| **RESIDENCE - 30695 LONGHORN CIRCLE, ELIZABETH, CO 80107** | **JTWROS** | J | 400,500.00 | 511,382.77 |
| | | **TOTAL** | 825,500.00 | |

(Report also on Summary of Schedules)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

　　Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

　　If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | CASH | J | 40.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | PERSONAL CHECKING - CASTLE ROCK BANK # 356-9 | J | 0.00 |
| | | TCF BANK- PARKER CO | J | 30.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | FURNITURE - TV  $100; COUCHES $200.; DINING ROOM TABLE/CHAIRS $400. POOLTABLE $400; WALL UNIT $200; HALLWAY TABLE $350.00; BEDROOM FURNITURE $750.00 CAMERA-$60. | J | 3,160.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | PICTURES AND MISC. WALL HANGINGS - $150. PEWTER COLLECTION -$70. | J | 220.00 |
| 6.  Wearing apparel. | | MISC. USED MEN'S CLOTHING - $300. MISC. USED WOMEN'S CLOTHING - $120. | J | 420.00 |
| 7.  Furs and jewelry. | | MISC  JEWELRY | J | 800.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | GUN J.G. HIGGINS MODEL 71 CLAIBER 22 ($75.00) | H | 75.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401 K PLAN | J | 41.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.**                                          Case No. _____

_____Debtor(s)_____                                                   (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **COLORADO REGIONAL CONSTRUCTION, INC. EACH OWN 50%** **CRC/P, INC.  Debtor owns approx. 49%** | J H | **unknown** **unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1969 COUGAR - DOES NOT RUN** | J | **0.00** |
| | | **1986 OLDSMOBILE - DOES NOT RUN** | J | **0.00** |
| | | **1989 SUBURBAN- DOES NOT RUN** | J | **0.00** |
| | | **1994 HOME MADE TRAILER** | J | **unknown** |
| | | **1997 FORD EXPEDITION** | J | **2,000.00** |
| | | **1999 FORD EXPEDITION** | J | **1,500.00** |
| | | **2000 SKI DOO SNOWMOBILE** | J | **100.00** |
| | | **2002 DODGE INTREPID** | J | **3,200.00** |
| | | **2002 PONTIAC GRAN AM  - PARTS CAR** | J | **0.00** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) - Cont.**

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
                                          Debtor(s)                                                      (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2002 PONTIAC GRAN AM DRIVEN BY SON SINCE 8/2004 - HIGH MILEAGE BODY DAMAGE | J | 1,300.00 |
| | | 2003 CHEVY PICK UP | H | 5,200.00 |
| | | 2004 ARTIC CAT SNOWMOBILE | J | 800.00 |
| | | 2006 POLARIS SNOWMOBILE | J | 2,375.00 |
| | | 2007 LEASED DODGE PICK UP | J | 2,575.00 |
| | | 2007 POLARIS SNOWMOBILE | J | 375.00 |
| | | TRACTOR/MOWER - DOES NOT RUN | J | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 3 COMPUTERS | J | 3,000.00 |
| | | TWO DESKS - $500. OFFICE SUPPLIES -$300. 2 FAXES -$300. | J | 1,100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 1994 HAND TRAILER | J | unknown |
| | | 2002 BOBCAT W/BUCKET | H | 4,200.00 |
| | | CRC IS ON TITLE TO TRAILER | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **33,011.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6C (Official Form 6C) (12/07)**

IN RE **Gill, Mark G. & Gill, Nancy J.**                                Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **RESIDENCE - 30695 LONGHORN CIRCLE, ELIZABETH, CO 80107** | CRS §§38-41-201(a), 201.5 | 60,000.00 | 400,500.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **FURNITURE - TV  $100; COUCHES $200.; DINING ROOM TABLE/CHAIRS $400. POOLTABLE $400; WALL UNIT $200; HALLWAY TABLE $350.00; BEDROOM FURNITURE $750.00 CAMERA-$60.** | CRS §13-54-102(1)(e) | 3,160.00 | 3,160.00 |
| **PICTURES AND MISC. WALL HANGINGS - $150. PEWTER COLLECTION -$70.** | CRS §13-54-102(1)(c) | 220.00 | 220.00 |
| **MISC. USED MEN'S CLOTHING - $300. MISC. USED WOMEN'S CLOTHING - $120.** | CRS §13-54-102(1)(a) | 420.00 | 420.00 |
| **MISC  JEWELRY** | CRS §13-54-102(1)(b) | 800.00 | 800.00 |
| **401 K PLAN** | CRS §13-54-102(1)(s) | 41.00 | 41.00 |
| **1997 FORD EXPEDITION** | CRS §13-54-102(1)(j)(l) | 2,000.00 | 2,000.00 |
| **1999 FORD EXPEDITION** | CRS §13-54-102(1)(j)(l) | 1,500.00 | 1,500.00 |
| **2002 PONTIAC GRAN AM DRIVEN BY SON SINCE 8/2004 - HIGH MILEAGE BODY DAMAGE** | CRS §13-54-102(1)(j)(l) | 1,300.00 | 1,300.00 |
| **2003 CHEVY PICK UP** | CRS §13-54-102(1)(j)(l) | 5,200.00 | 5,200.00 |
| **3 COMPUTERS** | CRS §13-54-102(1)(i) | 3,000.00 | 3,000.00 |
| **TWO DESKS - $500. OFFICE SUPPLIES -$300. 2 FAXES -$300.** | CRS §13-54-102(1)(i) | 1,100.00 | 1,100.00 |
| **2002 BOBCAT W/BUCKET** | CRS §13-54-102(1)(i) | 4,200.00 | 4,200.00 |
| **CRC IS ON TITLE TO TRAILER** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE Gill, Mark G. & Gill, Nancy J. _____ Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CASTLE ROCK BANK<br>501 WILCOX ST.<br>CASTLE ROCK, CO 80104** | X | J | **2/2008-5/2008 BUSINESS GOODS AND SERVICES (LOAN ONLY)**<br><br>VALUE $ **425,000.00** | X | X | | **113,424.00** | **113,412.35** |
| ACCOUNT NO.<br>**DC BUSINESS VEHICLE FINANCE<br>PO BOX 3288<br>MILWAUKEE, WI 53201** | | J | **2007 LEASED DODGE PICK UP (TO BE RETURNED)**<br><br>VALUE $ **2,575.00** | | | | **unknown** | |
| ACCOUNT NO. **0307686175**<br>**GMAC MORTGAGE<br>PO BOX 79135<br>PHOENIX, AZ 85062-9135** | | J | **SECOND DEED OF TRUST ON RESIDENCE**<br><br>VALUE $ **400,500.00** | | | | **98,036.83** | **98,036.83** |
| ACCOUNT NO. **0011764164**<br>**SELECT PORTFOLIO SERVICING INC<br>PO BOX 65250<br>SALT LAKE CITY, UT 84165-0250** | | J | **JUNE 2009 CONDO LOAN**<br><br>VALUE $ **425,000.00** | | | | **424,988.35** | |

_____ **1** continuation sheets attached

Subtotal<br>(Total of this page) $ **636,449.18** | $ **211,449.18**

Total<br>(Use only on last page) $ _____ | $ _____

(Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6D (Official Form 6D) (12/07) - Cont.**

**IN RE** Gill, Mark G. & Gill, Nancy J. _____  Case No. _____
<div align="center">Debtor(s)                                                    (If known)</div>

<div align="center">

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0666968722** **WASHINGTON MUTUAL BANK** **PO BOX 78148** **PHOENIX, AZ  85062-8148** | | J | **JUNE 2009 HOME LOAN** <br><br> VALUE $ **400,500.00** | | | | **413,345.94** | **12,845.94** |
| ACCOUNT NO. **WASHINGTON MUTUAL BANK** **7255 BAYMEADOWS WAY** **JACKSONVILLE, FL  32256** | | J | **FOR NOTICE PURPOSES** <br><br> VALUE $ | | | | **0.00** | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **413,345.94** | $ **12,845.94** |
| Total (Use only on last page) | $ **1,049,795.12** | $ **224,295.12** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6E (Official Form 6E) (12/07)**

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J.                                    Case No. _____
_____                                              (If known)
        Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **XXX-XX-0058**<br>**COLORADO DEPARTMENT OF REVENUE TAX AUDITING AND COMPLIANCE DIVISION 1375 SHERMAN ST. DENVER, CO 80261** | | J | **2005 TAXES** | | | | **501.06** | **501.06** | |
| ACCOUNT NO.<br>**COLORADO DEPARTMENT OF REVENUE TAX AUDITING AND COMPLIANCE DIVISION 1375 SHERMAN ST. DENVER, CO 80261** | | J | **2009 UNEMPLOYMENT WITHHOLDING TAX 1ST AND 2ND QUARTERS** | | | | **6,000.00** | **6,000.00** | |
| ACCOUNT NO. **R041847**<br>**GRAND COUNTY ASSESSOR PO BOX 302 HOT SULPHUR SPRINGS, CO 80451** | | J | **2008 PROPERTY TAXES CONDO** | | | | **2,189.44** | **2,189.44** | |
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE C/O US ATTORNEY 1225 17TH ST. DENVER, CO 80202** | | J | **FOR NOTICE PURPOSES** | | | | **0.00** | | |
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE INSOLVENCY UNIT 1999 BROADWAY, MS5012 DENVER, CO 80202-3025** | | J | **FOR NOTICE PURPOSES** | | | | **0.00** | | |
| ACCOUNT NO. **XXX-XX-0058**<br>**INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114-0326** | | J | **6/30/2008 MARK GILL** | | | | **53,978.37** | **53,978.37** | |

Sheet no. ___1___ of ___2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 62,668.87 | $ 62,668.87 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____ Case No. _____
                    Debtor(s)                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**INTERNAL REVENUE SERVICE**<br>**MS 5210 SO**<br>**56 INVERNESS DR. EAST**<br>**ENGLEWOOD, CO  80112** | X | J | IRS LEVY 941 FOR CRC 3/31/2008 ($89,370.44); 6/30/2008 ($89,345.79; )12/31/2007( $ 4810.10) | X | | X | 183,526.00 | 183,526.00 | |
| ACCOUNT NO. **XXX-XX-3338**<br>**INTERNAL REVENUE SERVICE**<br>**PO BOX 21126**<br>**PHILADELPHIA, PA  19114-0326** | | J | 3/31/08 NANCY GILL | | | | 64,403.30 | 64,403.30 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **247,929.30**   $ **247,929.30**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **310,598.17**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **310,598.17**   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07)**

IN RE **Gill, Mark G. & Gill, Nancy J.** _____  Case No. _____
                                    Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ANDERSON SERVICES INC.** <br> **1125 QUAKER ST.** <br> **GOLDEN, CO  80401** | X | J | 9/08 BUSINESS GOODS AND SERVICES | X | X | | 1,925.00 |
| ACCOUNT NO. <br><br> **84 LUMBER COMPANY** <br> **9500 E. 104TH AVE.** <br> **HENDERSON, CO  80640** | X | J | 7/31/07-3/31/08 BUSINESS GOODS AND SERVICES | X | X | | 405,622.20 |
| ACCOUNT NO. <br><br> **A&A SEPTIC SERVICE** <br> **PO BOX 635** <br> **SILVERTHORNE, CO  80498** | X | J | 12/07 BUSINESS GOODS AND SERVICES | X | X | | 950.00 |
| ACCOUNT NO. <br><br> **AAA BUILDING MAINTENANCE** <br> **6006 W 16TH AVE.** <br> **LAKEWOOD, CO  80214** | X | J | 5/2009 - BUSINESS GOODS AND SERVICES | X | X | | 10,254.00 |

**38** continuation sheets attached

| | Subtotal (Total of this page) | $ 418,751.20 |
|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____  Case No. _____
Debtor(s)                                                                                  (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**AAA COURIER**<br>**2323 S. TROY ST., B5-254**<br>**AURORA, CO 80014** | X | J | **3/08 BUSINESS GOODS AND SERVICES** | X | X | | **64.95** |
| ACCOUNT NO.<br>**AAA WATERPROOFING INC.**<br>**750 W. 84 TH AVE.**<br>**DENVER, CO 80216** | X | J | **4/2008 BUSINESS GOODS AND SERVICES** | X | X | | **2,525.80** |
| ACCOUNT NO.<br>**ACE EXCAVATING INC.**<br>**46402 COUNTY ROAD 9**<br>**PARKER, CO 80138** | X | J | **LAWSUIT IN ARAPAHOE DISTRICT COURT** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**ADT SECURITY SERVICES**<br>**6229 S SANTA FE DR.**<br>**LITTLETON, CO 80120** | X | J | **5/09 BUSINESS GOODS AND SERVICES** | X | X | | **477.36** |
| ACCOUNT NO.<br>**ADVANCED INSULATIION**<br>**1483 N. PARK ST.**<br>**CASTLE ROCK, CO 80109** | X | J | **5/208 BUSINESS GOODS AND SERVICES** | X | X | | **1,335.00** |
| ACCOUNT NO. **LXXX**<br>**AGENCY OF CREDIT CONTROL**<br>**2014 S. PONTIAC WAY**<br>**DENVER, CO 80224** | | J | **2008/2009 GOODS AND SERVICES** | | | | **742.00** |
| ACCOUNT NO.<br>**AIR WEST ENTERPRISES INC**<br>**2655 S. TEJON ST.**<br>**ENGLEWOOD, CO 80110** | X | J | **5/09 BUSINESS COOGS AND SERVICES** | X | X | | **150.00** |

Sheet no. ____**1**____ of ____**38**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,295.11**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____   Case No. _____
                                    Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALL SYSTEMS ROOFING<br>5340 YOUNGFIELD ST. #409<br>WHEATRIDGE, CO  80033 | X | J | 11/07-6/09 BUSINESS GOODS AND SERVICES | X | X | | 10,623.64 |
| ACCOUNT NO.<br><br>ALPINE ENVIRONMENTAL TESTING<br>PO BOX 1552<br>211 MAIN ST., #5B<br>FRISCO, CO  80443 | X | J | 9/08 BUSINESS GOODS AND SERVICES | X | X | | 200.00 |
| ACCOUNT NO.<br><br>AMI FIREPLACE COMPANY<br>PO BOX 9229<br>GREEN BAY, WI  54308 | X | J | 11/08 BUSINESS GOODS AND SERVICES | X | X | | 900.00 |
| ACCOUNT NO.<br><br>APOLLO SUNGUARD SYSTEMS INC.<br>4487 A  ASHTON RD<br>SARASOTA, FL  34233 | X | J | 9/07 BUSINESS GOODS AND SERVICES | X | X | | 817.00 |
| ACCOUNT NO.<br><br>ARMSTRONG SWEEPING<br>5350 GRAY CT.<br>AURORA, CO  80002 | X | J | 1/08 BUSINESS GOODS AND SERVICES | X | X | | 490.00 |
| ACCOUNT NO.<br><br>ARUNDEL RESEARCH CENTER<br>AKA DAT-CHEYENNE<br>7052 COMMERCE CIRCLE<br>CHEYENNE, WY  82003 | | J | PROJECT OWNER | | | | unknown |
| ACCOUNT NO.<br><br>ASPEN RETAINING WALL SYSTEMS<br>1155 KELLY JOHNSON BLVD. #440<br>COLO SPRINGS, CO  80920 | X | J | 10/08 BUSINESS GOODS AND SERVICES | X | X | | 2,265.20 |

Sheet no. **2** of **38** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **15,295.84**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Gill, Mark G. & Gill, Nancy J.**                                   Case No. _____
           Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ASPHALT PAVING CO.**<br>**14802 W 44 TH AVE.**<br>**GOLDEN, CO 80403** | X | J | **8/2007-12/2007 BUSINESS GOODS AND SERVICES** | X | X | | **114,961.00** |
| ACCOUNT NO. **1036**<br>**ASPIRE**<br>**PAYMENT PROCESSING**<br>**PO BOX 84080**<br>**COLUMBUS, GA 31908** | | W | **2009 GOODS AND SERVICES** | | | | **4,833.56** |
| ACCOUNT NO.<br>**AT YOUR SERVICE**<br>**PO BOX 2832**<br>**WINTER PARK, CO 80482** | X | J | **5/09 BUSINESS GOODS AND SERVICES** | X | X | | **600.00** |
| ACCOUNT NO.<br>**ATTORNEY SERVICES CENTER INC.**<br>**475 17TH ST., #450**<br>**DENVER, CO 80202** | X | J | **2/09 BUSINESS GOODS AND SERVICES** | X | X | | **573.25** |
| ACCOUNT NO.<br>**AURORA WATER**<br>**15151 E. ALAMEDA PKWY., #1200**<br>**AURORA, CO 80012** | X | J | **2009 BUSINESS GOODS AND SERVICES** | X | X | | **331.41** |
| ACCOUNT NO.<br>**B & D COUNTRY SQUARE LLC**<br>**5275 DTC PARKWAY**<br>**GREENWOOD VILLAGE, CO 80111** | | J | **PROJECT OWNER** | | | | **unknown** |
| ACCOUNT NO.<br>**BADGER EXCAVATING LTD.**<br>**PO BOX 2818**<br>**6603 N. COLLEGE DR.**<br>**CHEYENNE, WY 82003** | X | J | **9/2007-11/2007 BUSINESS GOODS AND SERVICES** | X | X | | **50,820.00** |

Sheet no. ____**3**___ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **172,119.22**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____    Case No. _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **BARTON SUPPLY CO.** <br> **14800 E. MANCRIEFF PL.** <br> **AURORA, CO  80011** | X | J | **6/2O09-8/2009 BUSINESS GOODS AND SERVICES** | X | X | | 4,355.14 |
| ACCOUNT NO. **3911 AND 7681 AND 1354** <br> **BC SERVICES INC** <br> **451 21ST AVE.** <br> **LONGMONT, CO  80501** | | J | **2008 GOODS AND SERVICES** | | | | 2,837.17 |
| ACCOUNT NO. **SR05** <br> **BEAVER MANAGEMENT GROUP INC.** <br> **PO BOX 21** <br> **WINTER PARK, CO  80482** | | J | **JULY 2009 CONDO HOA** | | | | 1,366.80 |
| ACCOUNT NO. <br> **BENSON ROLL-ON** <br> **6885 LOWELL BLVD.** <br> **DENVER, CO  80221** | X | J | **6/2009-7/2009 BUSINESS GOODS AND SERVICES** | X | X | | 1,285.00 |
| ACCOUNT NO. <br> **BID TOOL-CDC ACCUNTING** <br> **2001 9TH AVE., #209** <br> **VERO BEACH, FL  32960** | X | J | **7/2009 BUSINESS GOODS AND SERVICES** | X | X | | 837.93 |
| ACCOUNT NO. <br> **BRADLEY ASPHALT SERVICES INC** <br> **4973 E. COLLINSVILLE PL.** <br> **HIGHLANDS RANCH, CO  80130** | X | J | **4/2008 BUSINESS GOODS AND SERVICES** | X | X | | 1,625.00 |
| ACCOUNT NO. <br> **BROWN BROTHERS ASPHALT & CONC.** <br> **1315 W. QUINCY AVE.** <br> **ENGLEWOOD, CO  80110** | X | J | **11/2007 BUSINESS GOODS AND SERVICES- LAW SUIT PENDING** | X | X | X | 5,169.00 |

Sheet no. **4** of **38** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 17,476.04

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Gill, Mark G. & Gill, Nancy J.** _____ Case No. _____
<div align="center">Debtor(s)             (If known)</div>

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**BRW FINANCIAL COMPANY**<br>**940 SPEER BLVD., #D**<br>**DENVER, CO 80204** | | J | **LAWSUIT PENDING ARAPAHOE DISTRICT COURT 09 CV 401017** | X | X | X | **900.00** |
| ACCOUNT NO. <br><br>**BUSINESS VEHICLE FINANCE**<br>**PO BOX 3288**<br>**MILWAUKEE, WI 53201** | X | J | **6/2009-7/2009 BUSINESS GOODS AND SERVICES** | X | X | | **1,306.18** |
| ACCOUNT NO. <br><br>**C&S DRYWALL INC.**<br>**1831 E 73RD AVE.**<br>**DENVER, CO 80229** | X | J | **6/2007-1/2008 BUSINESS GOODS AND SERVICES** | X | X | | **14,942.00** |
| ACCOUNT NO. **6518** <br><br>**CAPITAL ONE BANK**<br>**PO BOX 30285**<br>**SALT LAKE CITY, UT 84130** | | W | **2009 GOODS AND SERVICES** | | | | **7,235.12** |
| ACCOUNT NO. **6127** <br><br>**CAPITAL ONE BANK**<br>**PO BOX 30285**<br>**SALT LAKE CITY, UT 84130** | | J | **2009 GOODS AND SERVICES** | | | | **2,288.60** |
| ACCOUNT NO. **9595** <br><br>**CAPITAL ONE BANK**<br>**PO BOX 30285**<br>**SALT LAKE CITY, UT 84130** | | H | **2009 GOODS AND SERVICES** | | | | **4,873.22** |
| ACCOUNT NO. **6581** <br><br>**CAPITAL ONE BANK**<br>**PO BOX 30285**<br>**SALT LAKE CITY, UT 84130** | | H | **2009 GOODS AND SERVICES** | | | | **2,178.27** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **5** of **38** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **33,723.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____  Case No. _____
                              Debtor(s)                                         (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6514**<br>**CAPITAL ONE BANK**<br>**PO BOX 30285**<br>**SALT LAKE CITY, UT  84130** | | J | **2008 GOODS AND SERVICES** | | | | **4,706.63** |
| ACCOUNT NO.<br>**CAPITAL ONE F.S.B.**<br>**PO BOX 105131**<br>**ATLANTA, GA  30348** | X | J | **7/2009 BUSINESS GOODS AND SERVICES** | X | X | | **2,178.27** |
| ACCOUNT NO.<br>**CHARLES & MARY HASS**<br>**C/O JOEL MAGUIRE, ESQ.**<br>**2060 BROADWAY,  #400**<br>**BOULDER, CO  80302-5302** | | J | **PROJECT OWNER** | | | | **unknown** |
| ACCOUNT NO.<br>**CHARLES BAILEY**<br>**DBA TELEMARK ASSOCIATES LTD. LLC**<br>**7302 ROZENA DR.**<br>**LONGMONT, CO  80503** | | J | **PROJECT OWNER** | | | | **unknown** |
| ACCOUNT NO.<br>**CIT TECHNOLOGY FIN SERV**<br>**13847 COLLECTIONS CENTER DRIVE**<br>**CHICAGO, IL  60693** | | J | **4/2009 - 7/2009 BUSINESS GOODS AND SERVICES** | X | X | | **1,439.08** |
| ACCOUNT NO.<br>**CLIFFOR E. ANDERSON AND ASSIGNS**<br>**PO BOX 954**<br>**WINTER PARK, CO  80482** | | J | **2007 PROPERTY OWNER** | | | | **unknown** |
| ACCOUNT NO.<br>**COLORADO DEPT. OF PUBLIC HEALTH & ENVIRO**<br>**4300 CHERRY CREEK DR. S**<br>**DENVER, CO  80246-1530** | X | J | **NOV/CDO APRIL 14,2009** | X | X | X | **0.00** |

Sheet no. ____**6**____ of ____**38**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **8,323.98**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____   Case No. _____
_____
Debtor(s)                                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>COLORADO FLOOR WORKS INC<br>1741 W. 64TH LANE<br>`DENVER, CO 80221 | X | J | 10/2007-7/2008 BUSINESS GOODS AND SERVICES | X | X | | 94,917.45 |
| ACCOUNT NO. <br><br>COLORADO HEART CLINIC<br>850 E. HARVARD AVE., #365<br>DENVER, CO 80210 | | H | 2008 GOODS AND SERVICES | | | | 13.63 |
| ACCOUNT NO. <br><br>COLORADO PUBLIC HEALTH & ENVIR.<br>633 17TH ST.<br>DENVER, CO 80202 | X | J | 3/2009 BUSINESS GOODS AND SERVICES | X | X | | 516.47 |
| ACCOUNT NO. <br><br>COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | X | J | 1/2006-12/2007 BUSINESS GOODS AND SERVICES | X | X | X | unknown |
| ACCOUNT NO. <br><br>COMCAST CABLE<br>PO BOX 34744<br>SEATTLE, WA 98124 | X | J | 4/2008 BUSINESS GOODS AND SERVICES | X | X | | 109.70 |
| ACCOUNT NO. <br><br>COMMUNICATION RESOURCES INC<br>7510 W MISSISSIPPI AVE., #220<br>LAKEWOOD, CO 80226 | X | J | 9/2007 BUSINESS GOODS AND SERVICES | X | X | | 786.66 |
| ACCOUNT NO. <br><br>CONCRETE REPAIR MUD JACK SERVICES<br>4949 N. HIGHWAY 67<br>SEDALIA, CO 80135 | | J | 5/2006 BUSINESS GOODS AND SERVICES | X | X | | 575.00 |

Sheet no. **7** of **38** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 96,918.91

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Gill, Mark G. & Gill, Nancy J.** _____    Case No. _____

Debtor(s) (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CONSTRUCTION SYSTEMS** <br> **4940 MONACO ST.** <br> **COMMERCE CITY, CO 80022** | X | J | **2/2007-10/2007 BUSINESS GOODS AND SERVICES** | X | X | X | **1,320.00** |
| ACCOUNT NO. <br> **COUNTRY SQUARE LLC** <br> **5275 DTC BLVD** <br> **GREENWOOD VILLAGE, CO 80111** | | J | **PROJECT OWNER** | | | | **unknown** |
| ACCOUNT NO. <br> **COWEST INSURANCE CO** <br> **PO BOX 101387** <br> **DENVER, CO 80250** | | J | **LIEN BONDS** | | | | **unknown** |
| ACCOUNT NO. <br> **CRAFTSMAN PAINTERS & DECOR.** <br> **567 OLATHE ST., #D** <br> **AURORA, CO 80011** | X | J | **10/2006-6/2008 BUSINESS GOODS AND SERVICES** | X | X | | **100,532.27** |
| ACCOUNT NO. <br> **CRC/P INC.** <br> **88 INVERNESS CIRCLE E, #J106** <br> **ENGLEWOOD, CO 80112** | X | J | **11/2006-5/2009 BUSINESS GOODS AND SERVICES** | X | X | X | **147,459.91** |
| ACCOUNT NO. 1410215 <br> **CREDIT SERVICE COMPANY INC** <br> **PO BOX 1120** <br> **COLORADO SPRINGS, CO 80901** | | J | **2006-2008 GOODS AND SERVICES - LITTLETON AND PARKER ADVENTIST HOSPITALS** | | | | **2,614.46** |
| ACCOUNT NO. <br> **CREEKSIDE TWO ON INVERNESS LLC** <br> **4001 OFFICE CURT DR., #303** <br> **SANTA FE, NM 87507** | X | J | **4/2009-7/2009 BUSINESS GOODS AND SERVICES** | X | X | | **45,413.59** |

Sheet no. **8** of **38** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **297,340.23**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____    Case No. _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CSW INC**<br>**PO BOX 27519**<br>**LAKEWOOD, CO  80227** | X | J | **10/2008 BUSINESS GOODS AND SERVICES** | X | X | | 1,190.00 |
| ACCOUNT NO.<br><br>**CSW SAFETY SERVICES**<br>**3537 DELGANY ST.**<br>**DENVER, CO  80216** | X | J | **11/2008-6/2009 BUSINESS GOODS AND SERVICES** | X | X | | 3,095.50 |
| ACCOUNT NO.<br><br>**CYREX GLASS & MIRROR**<br>**1852 JASPER ST., STE. C**<br>**AURORA, CO  80111** | X | J | **11/2008-3/2009 BUSINESS GOODS AND SERVICES** | X | X | | 8,051.52 |
| ACCOUNT NO.<br><br>**D & E STEEL**<br>**800 E. 73RD AVE., UNIT 1**<br>**DENVER, CO  80229** | X | J | **3/2006-8/2007 BUSINESS GOODS AND SERVICES** | X | X | | 948.00 |
| ACCOUNT NO.<br><br>**D & J EXCAVATING**<br>**PO BOX 3230**<br>**SIERRA VISTA, AZ  85636** | X | J | **7/2007-3/2008 BUSINESS GOODS AND SERVICES** | X | X | | 29,769.56 |
| ACCOUNT NO.<br><br>**D & M ROOFING AND SHEET METAL**<br>**PO BOX 1722**<br>**WINTER PARK, CO  80482** | X | J | **8/2007-11/2007 BUSINESS GOODS AND SERVICES** | X | X | | 18,264.70 |
| ACCOUNT NO.<br><br>**DAKOTA AUDIO INC**<br>**PO BOX 290**<br>**GRANBY, CO  80446** | X | J | **1/2007-12/2007 BUSINESS GOODS AND SERVICES** | X | X | | 2,886.65 |

Sheet no. __9__ of __38__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 64,205.93

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Gill, Mark G. & Gill, Nancy J.** _____  Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DAVID GILL**<br>**441 N 6TH AVE.**<br>**BRIGHTON, CO  80601** | | J | **2008 LOANS TO GILLS - $56,000.**<br>**2008 LONAS TO CRC -   $28,450.** | | | | 84,450.00 |
| ACCOUNT NO.<br>**DEAN CONTRACTING INC.**<br>**34711 WCR 23**<br>**WINDSOR, CO  80550** | X | J | **3/2008 BUSINESS GOODS AND SERVICES** | X | X | | 1,266.70 |
| ACCOUNT NO.<br>**DEEP ROCK WATERING CO**<br>**PO BOX 173898**<br>**DENVER, CO  80217** | X | J | **11/2007-3/2008 BUSINESS GOODS AND SERVICES** | X | X | | 364.44 |
| ACCOUNT NO.<br>**DELL FINANCIAL SERVICES**<br>**PAYMENT PROCESSING CENTER**<br>**PO BOX 5275**<br>**CAROL STREAM, IL  60197** | X | J | **9/2007-11/2007 BUSINESS GOODS AND SERVICES** | X | X | | 750.00 |
| ACCOUNT NO. **7015**<br>**DELL FINANCIAL SERVICES**<br>**PAYMENT PROCESSING CENTER**<br>**PO BOX 5275**<br>**CAROL STREAM, IL  60197** | | J | **2008 GOODS AND SERVICES** | | | | 769.75 |
| ACCOUNT NO.<br>**DENVER WEST RENTALS**<br>**9505 W. 44TH AVE.**<br>**WHEAT RIDGE, CO  80033** | X | J | **1/2009 BUSINESS GOODS AND SERVICES** | X | X | | 548.51 |
| ACCOUNT NO.<br>**DESK INC**<br>**12503 E EUCLID DR., #4**<br>**CENTENNIAL, CO  80111** | X | J | **10/2007 BUSINESS GOODS AND SERVICES** | X | X | | 988.43 |

Sheet no. ___**10**___ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **89,137.83**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Gill, Mark G. & Gill, Nancy J.                                    Case No. _____
<div style="text-align:center">Debtor(s)                                                        (If known)</div>

<div style="text-align:center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)
</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**DIAMOND EXECAVATING INC**<br>**5940 W 59TH AVE**<br>**ARVADA, CO 80003** | X | J | **12/2006 BUSINESS GOODS AND SERVICES** | X | X | | **468.00** |
| ACCOUNT NO. **A964312**<br>**DIVERSIFIED RADIOLOGY OF CO, PC**<br>**PO BOX 173840**<br>**DENVER, CO 80217** | | W | **2008 GOODS AND SERVICES** | | | | **20.04** |
| ACCOUNT NO. **A980227**<br>**DIVERSIFIED RADIOLOGY OF CO, PC**<br>**PO BOX 173840**<br>**DENVER, CO 80217** | | H | **2008 GOODS AND SERVICES** | | | | **61.92** |
| ACCOUNT NO.<br>**DIVISION 7 INC.**<br>**6425 N WASHINGTO, #5**<br>**DENVER, CO 80229** | X | J | **10/2007 BUSINESS GOODS AND SERVICES** | X | X | | **819.00** |
| ACCOUNT NO.<br>**DON KEHN CONSTRUCTION INC**<br>**6550 S. COUNTY RD. 5**<br>**FORT COLLINS, CO 80528** | X | J | **10/2007 BUSINESS GOODS AND SERVICES** | X | X | | **11,948.00** |
| ACCOUNT NO.<br>**DOUGLAS W. DAHLSTROM**<br>**4401 S. QUEBEC ST.,#101**<br>**DENVER, CO 80237** | X | J | **INDEMNITOR ON MERCHANTS BONDING COMPANY** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**E-LIGHT**<br>**361 INVERNESS DR., SOUTH**<br>**ENGLEWOOD, CO 80112** | X | J | **3/2006-12/2006 BUSINESS GOODS AND SERVICES** | X | X | | **53,618.96** |

Sheet no. __11__ of __38__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **66,935.92**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Gill, Mark G. & Gill, Nancy J.         Case No. _____

<div align="center">Debtor(s)                                (If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**EAGEL CONCRETE CORP.**<br>**6989 S. JORDON RD., #6D**<br>**CENTENNIAL, CO  80112** | X | J | **6/2007-11/2007 BUSINESS GOODS AND SERVICES** | X | X | | **16,037.40** |
| ACCOUNT NO.<br>**EBLUEPRINT**<br>**DEPT 2166**<br>**DENVER, CO  80291** | X | J | **2/2008-11/2008 BUSINESS GOODS AND SERVICES** | X | X | | **2,800.00** |
| ACCOUNT NO. 610930<br>**EMERGENCY PHYSICIANS AT PORTER**<br>**PO BOX 5006**<br>**DENVER, CO  80217** | | H | **2008 GOODS AND SERVICES** | | | | **51.98** |
| ACCOUNT NO. 513690<br>**EMERGENCY PHYSICIANS AT PORTER**<br>**PO BOX 5006**<br>**DENVER, CO  80217** | | J | **2008 GOODS AND SERVICES (LYNZEY)** | | | | **81.24** |
| ACCOUNT NO.<br>**EVERIST MATERIALS**<br>**28755 HWY. 9**<br>**SILVERTHORNE, CO  80498** | X | J | **8/2007-12/2008 BUSINESS GOODS AND SERVICES** | X | X | | **78,109.55** |
| ACCOUNT NO.<br>**EXPERT CONTRACT MAINTENANCE**<br>**PO BOX 467**<br>**BROOMFIELD, CO  80038** | X | J | **9/2007 BUSINESS GOODS AND SERVICES** | X | X | | **3,550.00** |
| ACCOUNT NO.<br>**F RODGERS CORP**<br>**13250 E. SMITH RD., #A**<br>**AURORA, CO  80011** | X | J | **5/2008 BUSINESS GOODS AND SERVICES** | X | X | | **16,475.00** |

Sheet no. _**12**_ of _**38**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page) $ **117,105.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____    Case No. _____
                Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **LE29848**<br><br>**FARMERS INSURANCE**<br>**GEORGE VASSILAROS**<br>**13111 E BRIAWD AVE 130**<br>**CENTENNIAL, CO  80112** | | J | **2009 POLICY PREMIUM HOUSE** | | | | **130.53** |
| ACCOUNT NO.<br><br>**FAST SIGNS**<br>**9686 E. ARAPAHOE RD.**<br>**GREENWOOD VILLAGE, CO  80112** | X | J | **1/2007-12/2007 BUSINESS GOODS AND SERVICES** | X | X | | **232.35** |
| ACCOUNT NO.<br><br>**FERRELL GAS**<br>**PO BOX 773360**<br>**STEAMBOAT SPRINGS, CO  80477** | X | J | **1/2008-6/2008 BUSINESS GOODS AND SERVICES** | X | X | | **271.29** |
| ACCOUNT NO.<br><br>**FINAL GRADE**<br>**605 25 ROAD. #201**<br>**GRAND JUNCTION, CO  81505** | X | J | **10/2008 BUSINESS GOODS AND SERVICES** | X | X | | **10,650.00** |
| ACCOUNT NO.<br><br>**FIREMAN'S FUND INSURANCE CO**<br>**DEPT. CH 10284**<br>**PALATINE, IL  60055** | X | J | **11/2008-7/2009 BUSINESS GOODS AND SERVICES** | X | X | | **23,960.00** |
| ACCOUNT NO.<br><br>**FISKE ELECTRIC**<br>**1023 S. LINCOLN AVE**<br>**LOVELAND, CO  80537** | X | J | **5/2009 BUSINESS GOODS AND SERVICES** | X | X | | **880.00** |
| ACCOUNT NO.<br><br>**FIVE STAR GLASS & MIRROR**<br>**995 W. ILIFF AVE**<br>**DENVER, CO  80223** | X | J | **8/2008 BUSINESS GOODS AND SERVICES** | X | X | | **452.00** |

Sheet no. ___**13**___ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **36,576.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.**                                    Case No. _____
                        Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FOUR STAR FOUNDATIONS, INC. <br> PO BOX 1184 <br> LONGMONT, CO 80502 | X | J | 11/30/2008-1/2009 BUSINESS GOODS AND SERVICES | X | X | | 22,321.15 |
| ACCOUNT NO. <br><br> FRASER CRANE <br> PO BOX 689 <br> TABERNASH, CO 80478 | X | J | 9/2008 BUSINESS GOODS AND SERVICES | X | X | | 1,093.75 |
| ACCOUNT NO. <br><br> FRASER VALLEY LUMBER <br> 17600 E. SMITH RD. <br> AURORA, CO 80011 | X | J | 1/2008- 6/2008  BUSINESS GOODS AND SERVICES | X | X | | 3,005.31 |
| ACCOUNT NO. <br><br> FRONT RANGE WINDOW & DOOR <br> 12425 N. MEAD WAY <br> LITTLETON, CO 80125 | X | J | 5/2007 BUSINESS GOODS ANDSERVICES | X | X | | 1,022.67 |
| ACCOUNT NO. <br><br> FRONTIER SURVEYING INC <br> 353 NORFOLK ST <br> AURORA, CO 80111 | X | J | 1/2009-3/2009 BUSINESS GOODS AND SERVICES | X | X | | 5,041.00 |
| ACCOUNT NO. <br><br> GAMBLES OF GRANBY <br> PO BOX 1017 <br> GRANBY, CO 80446 | X | J | 12/2007-1/2008 BUSINESS GOODS AND SERVICES | X | X | | 34,386.46 |
| ACCOUNT NO. <br><br> GENERAL ELECTRIC CO. <br> PO BOX 840136 <br> DALLAS, TX 75284 | X | J | 4/2008 BUSINESS GOODS AND SERVICES | X | X | | 5,874.52 |

Sheet no. __14__ of __38__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 72,744.86

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____    Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **96643** <br><br> **GMAC** <br> **PO BOX 380902** <br> **BLOOMINGTON, MN  55438** | | J | **2007  - CADILLAC ESCALADE DEFICIENCY  FROM REPOSSESSION** | | X | X | 23,077.47 |
| ACCOUNT NO. <br><br> **GOT IT MAID PROFESSIONAL CLEAN** <br> **981 E. 70 AVE., UNIT K** <br> **DENVER, CO  80229** | X | J | **6/2006 BUSINESS  GOODS AND SERVICES** | | X | X | 1,940.00 |
| ACCOUNT NO. <br><br> **GRANBY HEATING & SHEET METAL** <br> **PO BOX 1562** <br> **GRANBY, CO  80446** | X | J | **1/2008 BUSINESS GOODS AND SERVICES** | | X | X | 4,659.00 |
| ACCOUNT NO. <br><br> **GRANBY SAWMILL** <br> **PO BOX 1355** <br> **GRANBY, CO  80446** | X | J | **1/2008 BUSINESS GOODS AND SERVICES** | | X | X | 798.34 |
| ACCOUNT NO. <br><br> **GRAND VIEW GLASS CO** <br> **5985 LAMAR ST., #E** <br> **ARVADA, CO  80003** | X | J | **1/2006 BUSINESS GOODS AND SERVICES** | | X | X | 8,880.75 |
| ACCOUNT NO. <br><br> **GRAND VISION AND SOUND LLC** <br> **PO BOX 1433** <br> **FRASER, CO  80442** | X | J | **11/2007-2/2008 BUSINESS GOODS AND SERVICES** | | X | X | 1,277.72 |
| ACCOUNT NO. <br><br> **H & L ARCHITECTURE** <br> **1621 18TH ST., #110** <br> **DENVER, CO  80202** | X | J | **11/2006-9/2007 BUSINESS GOODS AND SERVICES** | | X | X | 48,486.58 |

Sheet no. __15__ of __38__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **89,119.86**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Gill, Mark G. & Gill, Nancy J.**                                        Case No. _____
_____
                    Debtor(s)                                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1213 XXX** <br><br>**HARVARD COLLECTION** <br>**4839 N ELSTON AVE.** <br>**CHICAGO, IL  60630** | | J | **FOR NOTICE PURPOSES** | | | | 0.00 |
| ACCOUNT NO. <br><br>**HESTER'S LOG AND TIMBER** <br>**PO BOX 433** <br>**KREMMLING, CO  80459** | X | J | **1/2006 BUSINESS GOODS AND SERVICES** | X | X | | 6,358.00 |
| ACCOUNT NO. <br><br>**HIGHLAND PARKS WATERPROOFING** <br>**PO BOX 1775** <br>**FRASER, CO  80422** | X | J | **6/2007-11/2007 BUSINESS GOODS ANDSERVICES** | X | X | | 1,828.00 |
| ACCOUNT NO. <br><br>**HOME DEPOT CREDIT SERVCIES** <br>**PO BOX 6031** <br>**THE LAKES, NV  88901** | X | J | **1/2008-3/2008 BUSINESS GOODS AND SERVICES** | X | X | | 6,071.15 |
| ACCOUNT NO. <br><br>**HOUSE OF FLAGS** <br>**556 S. SYCAMORE ST.** <br>**LITTLETON, CO  80120** | X | J | **9/2007 BUSINESS GOODS AND SERVICES** | X | X | | 2,515.00 |
| ACCOUNT NO. **6952** <br><br>**HSBC CARD SERVICES** <br>**ORCHARD BANK** <br>**PO BOX 80084** <br>**SALINAS, CA  93912** | | H | **2009 GOODS AND SERVICES** | | | | 2,912.22 |
| ACCOUNT NO. **7766** <br><br>**HSBC CARD SERVICES** <br>**ORCHARD BANK** <br>**PO BOX 80084** <br>**SALINAS, CA  93912** | | H | **2009 GOODS AND SERVICES** | | | | 2,465.58 |

Sheet no. **16** of **38** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,149.95**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____ Case No. _____
_____
Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ICE BOX WELDING**<br>**PO BOX 87**<br>**FRASER, CO 80442** | X | J | **3/2008 BUSINESS GOODS AND SERVICES** | X | X | | **202.00** |
| ACCOUNT NO.<br>**ILLUMEN GROUP INC**<br>**1338 S VALENTIA ST. STE. 13**<br>**DENVER, CO 80247** | X | J | **1/2009-3/2009 BUSINESS GOODS AND SERVICES** | X | X | | **1,118.72** |
| ACCOUNT NO.<br>**J & J HEATING LLC**<br>**PO BOX 313**<br>**GRANBY, CO 80446** | X | J | **5/2008 BUSINESS GOODS AND SERVICES** | X | X | | **10,820.00** |
| ACCOUNT NO.<br>**J & K PIPELINE INC**<br>**4951 S. RIO GRANDE ST.**<br>**LITTLETON, CO 80120** | X | J | **5/2009 BUSINESS GOODS AND SERVICES** | X | X | | **3,417.80** |
| ACCOUNT NO.<br>**JAC & COMPANY**<br>**PO BOX 1023**<br>**LAFAYETTE, CO 80026** | X | J | **1/2007-4/2007 BUSINESS GOODS AND SERVICES** | X | X | | **38,028.44** |
| ACCOUNT NO.<br>**JAZZIE FLOORING**<br>**24 S. SABLE BLVD.**<br>**AURORA, CO 80012** | X | J | **12/2007 BUSINESS GOODS AND SERVICES** | X | X | | **2,300.00** |
| ACCOUNT NO.<br>**JB STONEWORKS**<br>**1161 W. 99TH AVE.**<br>**NORTHGLENN, CO 80260** | | J | **10/2006 BUSINESS GOODS AND SERVICES** | X | X | | **450.00** |

Sheet no. __17__ of __38__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **56,336.96**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.**                                                  Case No. _____
                              Debtor(s)                                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>JP 2001 CONSTRUCTION DETAILS <br>P.O. BOX 1613 <br>GRANBY, CO  80446-1613 | | J | 6/2007 - 11/1007 BUSINESS GOODS AND SERVICES | X | X | | 5,265.70 |
| ACCOUNT NO. <br><br>JRW PROPERTY MANAGEMENT, LLC <br>9650 E. 25TH AVE. <br>AURORA, CO  80010 | | J | 11/2008 BUSINESS GOODS AND SERVICES | X | X | | 1,775.90 |
| ACCOUNT NO. <br><br>JVC & KB MECHANICAL CONTRACTOR <br>P.O. BOX 24237 <br>SILVERTHORNE, CO  80497 | | J | 9/2008 - 5/2009 BUSINESS GOODS AND SERVICES | X | X | | 3,700.00 |
| ACCOUNT NO. <br><br>KEITH AND ANDREA DOUGLAS <br>PO BOX 1612 <br>WINTER PARK, CO  80482 | | J | 2007 PROPERTY OWNER | | | | unknown |
| ACCOUNT NO. <br><br>KEYOP REPROGRAPHICS <br>#6 INVERNESS DR. E #130 <br>ENGLEWOOD, CO  80112-5609 | | J | 6/2007 - 5/2008 BUSINESS GOODS AND SERVICES | X | X | | 2,800.58 |
| ACCOUNT NO. <br><br>KNOX COMPANY <br>1601 W. DEER VALLEY RD <br>PHOENIX, AZ  85027 | | J | 5/2008 BUSINESS GOODS AND SERVICES | X | X | | 831.00 |
| ACCOUNT NO. <br><br>KURTZ FINISH WORKS <br>P.O. BOX 1387 <br>EASTLAKE, CO  80614 | | J | 1/2008 - 7/2008 BUSINESS GOODS AND SERVICES | X | X | | 23,745.46 |

Sheet no. ___**18**___ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **38,118.64**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
               Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**KUSTOM KLEAN & MAINTENANCE, LLC**<br>**P.O. BOX 411**<br>**FRASER, CO 80442** | | J | **5/2008 BUSINESS GOODS AND SERVICES** | X | X | | **612.50** |
| ACCOUNT NO.<br>**LAFARGE CONCRETE**<br>**1590 W. 12TH AVE.**<br>**DENVER, CO 80204** | | J | **6/2009 BUSINESS GOODS AND SERVICES** | X | X | | **447.63** |
| ACCOUNT NO.<br>**LANHAM CONCRETE CONSTRUCTION, LLC101 AVE 101 AVE. C #1**<br>**CHEYENNE, WY 82007** | | J | **9/2007 - 10/2007 BUSINESS GOODS AND SERVICES** | X | X | | **32,780.00** |
| ACCOUNT NO.<br>**LEGAL RESOLUTION CENTER**<br>**7907 ZENOBIA ST.**<br>**WESTMINSTER, CO 80030** | | J | **1/2009 BUSINESS GOODS AND SERVICES** | X | X | | **417.92** |
| ACCOUNT NO. **74103554000L**<br>**LINEBARGE GOGGAN**<br>**PO BOX 44309**<br>**DENVER, CO 80201-4309** | | J | **COLLECTION FOR COLORADO DEPT. OF REVENUE** | X | | X | **8,000.00** |
| ACCOUNT NO. **1-206.0**<br>**LISA A PERRYMAND MD PC**<br>**10371 PARKGLENN WAY, #280**<br>**PARKER, CO 80138** | | H | **2008 GOODS AND SERVICES** | | | | **169.00** |
| ACCOUNT NO.<br>**LOWES**<br>**9100 E. PEAKVIEW AVE.**<br>**GREENWOOD VILLAGE, CO 80111** | | J | **4/2008 BUSINESS GOODS AND SERVICES** | X | X | | **62.13** |

Sheet no. ___**19**___ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **42,489.18**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Gill, Mark G. & Gill, Nancy J. _____  Case No. _____
            Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**LUDVIK ELECTRIC CO**<br>**3900 S. TELLER ST.**<br>**LAKEWOOD, CO 80235** | | J | **10/2007 BUSINESS GOODS AND SERVICES** | X | X | | 873.00 |
| ACCOUNT NO.<br>**MAGIC MAN SERVICES**<br>**886 E. 132ND DR.**<br>**THORNTON, CO 80241** | X | J | **1/2008-2/2008 BUSINESS GOODS AND SERVICES** | X | X | | 1,110.00 |
| ACCOUNT NO.<br>**MARK AND LISA WALLACE**<br>**C/O RALPH SCHOMP DEALERSHIP**<br>**5700 S. BROADWAY**<br>**LITTLETON, CO 80121** | | J | **PROJECT OWNER** | | | | unknown |
| ACCOUNT NO.<br>**MARK'S PAINTING**<br>**2460 GREENSBOROUGH DR.**<br>**HIGHLANDS RANCH, CO 80129** | X | J | **6/2006 BUSINESS GOODS AND SERVICES** | X | X | | 8,350.00 |
| ACCOUNT NO.<br>**MASTIN LAW FIRM,P.C.**<br>**ATTN. SUSAN GRAHAM BARNES, ESQ.**<br>**5750 S. ULSTER CIRCLE EAST, SUITE 300**<br>**GREENWOOD VILLAGE, CO 80111** | X | J | **ATTONREYS FEES AND COSTS 2008-2009; ATTORNEYS' LIENS FILED IN VARIOUS MATTERS** | X | X | | unknown |
| ACCOUNT NO.<br>**MASTIN LAW FIRM,P.C.**<br>**ATTN. SUSAN GRAHAM BARNES, ESQ.**<br>**5750 S. ULSTER CIRCLE EAST, SUITE 300**<br>**GREENWOOD VILLAGE, CO 80111** | X | J | **6/2009 BUSINESS GOODS AND SERVICES** | X | X | | 75,000.00 |
| ACCOUNT NO.<br>**MCCOLLUM'S EXCAVATING LLC**<br>**PO BOX 790**<br>**NEDERLAND, CO 80466** | X | J | **5/2007-11/2007 BUSINESS GOODS AND SERVICES** | X | X | | 12,538.00 |

Sheet no. __20__ of __38__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 97,871.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
                         Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MECHANICAL SYSTEMS INC.** <br> 1313 W. LINCOLNWAY <br> CHEYENNE, WY 82001 | X | J | 9/2007 BUSINESS GOODS AND SERVICES | X | X | | 86,909.05 |
| ACCOUNT NO. <br> **MECHANICS PLANING MILL INC.** <br> #1 COTTONWOOD INDUSTRIAL PARK <br> GLEN CARBON, IL 62034 | X | J | 6/2007-4/2008 BUSINESS GOODS AND SERVICES | X | X | | 9,957.28 |
| ACCOUNT NO. <br> **MEHAFFY BRUBAKER & ERNST, LLC** <br> 21 N. 1ST AVE., #290 <br> BRIGHTON, CO 80601 | X | J | 6/2009 BUSINESS GOODS AND SERVICES | X | X | | 19,966.16 |
| ACCOUNT NO. <br> **MERCHANTS BONDING CO.** <br> 2100 FLEUR DR. <br> DES MOINES, IA 50321 | | J | 2007 PERSONALLY GUARANTEED CONTRACTORS BOND FOR A JOB | X | X | | unknown |
| ACCOUNT NO. <br> **METRO CARPET AND FLOORING** <br> 11177 S. DRANSFELDT RD., # 135 <br> PARKER, CO 80134 | X | J | 2/2006-10/2006 BUSINESS GOODS AND SERVICES | X | | | 13,086.54 |
| ACCOUNT NO. J057490 <br> **METRO PATH** <br> PO BOX 40899 <br> DENVER, CO 80204 | | W | 2008 GOODS AND SERVICES | | | | 40.17 |
| ACCOUNT NO. <br> **METRO SKYLINE INSULATION CORP.** <br> 1885 W. DARTMOUTH AVE., #18 <br> DENVER, CO 80110 | X | J | 8/2007-2/2008 BUSINESS GOODS AND SERVICES | X | X | | 29,889.30 |

Sheet no. **21** of **38** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **159,848.50**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____ Case No. _____
       Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **MICHAEL ALON <br> DBA M3 COLORADO <br> 585 ALBEO LANE <br> LAWRENCE, NY 11559** | | J | **PROJECT OWNER** | | | | **unknown** |
| ACCOUNT NO. <br> **MICHAEL FORREST INC <br> PO BOX 345 <br> GRANBY, CO 80446** | X | J | **12/2007-2/2008 BUSINESS GOODS AND SERVICES** | X | X | | **8,635.38** |
| ACCOUNT NO. <br> **MICHAEL MILSTEIN,ESQ <br> 621 sEVENTEENTH ST.,19TH FL. <br> DENVER, CO 80293** | X | J | **FOR NOTICE PURPOSES** | X | | | **0.00** |
| ACCOUNT NO. <br> **MICROVISIONS II LLC <br> 207 TOWNEPARK CIR., #100 <br> LOUISVILLE, KY 40243** | X | J | **5/2008 BUSINESS GOODS AND SERVICES** | X | X | | **2,288.00** |
| ACCOUNT NO. <br> **MIDDLE PARK ELECTRIC <br> PO BOX 1880 <br> GRANBY, CO 80446** | X | J | **11/2006-8/2008 BUSINESS GOODS AND SERVICES** | X | X | | **52,387.12** |
| ACCOUNT NO. <br> **MIDWEST INSULATORS INC <br> PO BOX 395 <br> BRIGHTON, CO 80601** | X | J | **4/2009 BUSINESS GOODS AND SERVICES** | X | X | | **2,168.90** |
| ACCOUNT NO. <br> **MILLENNIUM CONCRETE CUTTING <br> 5380 TENNYSON, UNIT F <br> DENVER, CO 80212** | X | J | **8/2007 BUSINESS GOODS AND SERVICES** | X | X | | **520.00** |

Sheet no. __22__ of __38__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **65,999.40**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____ Case No. _____
                Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MJV DEVELOPMENT**<br>**1509 YORK ST., 3RD FL.**<br>**DENVER, CO 80202** | | J | **PROJECT OWNER** | | | | **unknown** |
| ACCOUNT NO.<br>**MOBILE MINI**<br>**5300 EUDORA ST.**<br>**COMMERCE CITY, CO 80022** | X | J | **2/2008-3/2008 BUSINESS GOODS AND SERVICES** | X | X | | **410.14** |
| ACCOUNT NO.<br>**MOD SPACE**<br>**12603 COLLECTION CENTER DR.**<br>**CHICAGO, IL 60693** | X | J | **5/2009-7/2009 BUSINESS GOODS AND SERVICES** | X | X | | **357.82** |
| ACCOUNT NO.<br>**MOUNTAIN PARKS ELECTRIC**<br>**PO BOX 170**<br>**GRANBY, CO 80446** | X | J | **2/2008-8/2008 BUSINESS GOODS AND SERVICES** | X | X | | **136.10** |
| ACCOUNT NO. 110726703<br>**MOUNTAIN PARKS ELECTRIC**<br>**PO BOX 170**<br>**GRANBY, CO 80446** | | J | **JULY 2009 CONDO ELECTRIC** | | | | **81.62** |
| ACCOUNT NO.<br>**MOUNTAIN STATAES MUTUAL CASUALTY**<br>**5051 JOURNAL CTR. BLVD., NE**<br>**ALBUQUERQUE, NM 87109** | X | J | **2/2009 BUSINESS GOODS AND SERVICES** | X | X | | **34,780.00** |
| ACCOUNT NO.<br>**MOUNTAIN TOP DRYWALL**<br>**PO BOX 1188**<br>**GRANBY, CO 80446** | X | J | **12/2007-3/2008 BUSINESS GOODS AND SERVICES** | X | X | | **11,663.00** |

Sheet no. **23** of **38** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **47,428.68**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
                                  Debtor(s)                                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**NANETTE DAHLSTROM**<br>**4401 S. QUEBEC ST.,#101**<br>**DENVER, CO  80237** | X | J | **INDEMNITOR ON MERCHANTS BONDING COMPANY** | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>**NAYLOR MADE CONSTRUCTION**<br>**PO BOX 1864**<br>**DILLON, CO  80435** | X | J | **3/2009 BUSINES GOODS AND SERVICES** | X | X | | **2,550.00** |
| ACCOUNT NO. **9N2W44**<br><br>**NCO FINANCIAL SYSTEMS INC**<br>**507 PRUDENTIAL RD.**<br>**HORSHAM, PA  19044** | | W | **2008 GOODS AND SERVICES (SPRINT COLLECTION)** | | | | **5,582.63** |
| ACCOUNT NO.<br><br>**NELNET LOAN SERVICES**<br>**PO BOX 82561**<br>**LINCOLN, NE  68501** | | J | **FOR NOTICE PURPOSES** | | | | **0.00** |
| ACCOUNT NO. **D023407058**<br><br>**NELNET,INC.**<br>**PO BOX 82561**<br>**LINCOLN, NE  68501-2561** | | J | **2009** | | | | **17,057.17** |
| ACCOUNT NO.<br><br>**NEW AMERICAN PIPELINE & EXC.**<br>**21811 WELD CYT. RD. 22**<br>**HUDSON, CO  80642** | X | J | **8/2008-12/2008 BUSINESS GOODS AND SERVICES** | X | X | | **27,386.60** |
| ACCOUNT NO.<br><br>**NEW WEST PAVING CO.**<br>**7100 N BROADWAY, 2-PPH**<br>**DENVER, CO  80221** | X | J | **7/2008 BUSINESS GOODS AND SERVICES** | X | X | | **5,753.68** |

Sheet no. _____24_____ of _____38_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
                   (Total of this page) | $ **58,330.08**

                                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____    Case No. _____
                                        Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**OLSSON ASSOCIATES**<br>**1111 LINCOLN MALL, STE. 111**<br>**LINCOLN, NE  68501** | X | J | **4/2007-8/2007 BUSINESS GOODS AND SERVICES** | X | X | | **17,181.89** |
| ACCOUNT NO.<br><br>**OTTO VAN GEET, ENGINEER**<br>**58 BIG MEADOW DR.**<br>**IDAHO SPRINGS, CO  80452** | X | J | **8/2006 BUSINESS GOODS AND SERVICES** | X | X | | **500.00** |
| ACCOUNT NO.<br><br>**OVERHEAD DOOR**<br>**3291 PEORIA ST.**<br>**AURORA, CO  80010** | X | J | **1/2007-2/2008 BUSINES GOODS AND SERVICES** | X | X | | **28,454.94** |
| ACCOUNT NO.<br><br>**PAA CONTRACTORS**<br>**2054 E 98TH AVE.**<br>**THORNTON, CO  80229** | X | J | **3/2009 BUSINESS GOODS AND SERVICES** | X | X | | **2,203.50** |
| ACCOUNT NO.<br><br>**PAPERCLIP**<br>**PO BOX 259**<br>**GRANBY, CO  80446** | X | J | **10/2007-11/2007 BUSINESS GOODS AND SERVICES** | X | X | | **1,814.58** |
| ACCOUNT NO.<br><br>**PARK ENGINEERING CONSULTANTS**<br>**420 21ST AVE., STE. 101**<br>**LONGMONT, CO  80501** | X | J | **9/2007 BUSINESS GOODS AND SERVICES** | X | X | | **1,000.00** |
| ACCOUNT NO. **3555**<br><br>**PARKER ADVENTIST HOSPITAL**<br>**8140 S HOLLY ST.**<br>**CENTENNIAL, CO  80122** | | J | **2008 GOODS AND SERVICES - LYNZEY** | | | | **493.76** |

Sheet no. ___**25**___ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal
                                 (Total of this page) $ **51,648.67**

                                                Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3405**<br>**PARKER ADVENTIST HOSPITAL**<br>**8140 S HOLLY ST.**<br>**CENTENNIAL, CO 80122** | | J | 2008 GOODS AND SERVICES - LYNZEY | | | | 773.99 |
| ACCOUNT NO. **57011**<br>**PARKER ADVENTIST HOSPITAL**<br>**8140 S HOLLY ST.**<br>**CENTENNIAL, CO 80122** | | H | 2008 GOODS AND SERVICES | | | | 861.52 |
| ACCOUNT NO. **7457**<br>**PARKER ADVENTIST HOSPITAL**<br>**8140 S HOLLY ST.**<br>**CENTENNIAL, CO 80122** | | J | 2008 GOODS AND SERVICES | | | | 223.00 |
| ACCOUNT NO.<br>**PARKER WATER AND SANITATION**<br>**19801 E. MAIN STREET**<br>**PARKER, CO 80138** | X | J | 1/2008 BUSINES GOODS AND SERVICES | X | X | | 611.81 |
| ACCOUNT NO.<br>**PAVE TEC**<br>**PO BOX 23196**<br>**SILVERTHORNE, CO 80498** | X | J | 10/2007-2/2008 BUSINESS GOODS AND SERVICES | X | X | | 21,271.72 |
| ACCOUNT NO.<br>**PEAK CONCRETE PUMPING**<br>**PO BOX 1150**<br>**SILVERTHORNE, CO 80498** | X | J | 7/2007-8/2007 | X | X | | 2,922.75 |
| ACCOUNT NO.<br>**PELLA WINDOWS AND DOORS INC.**<br>**14175 E. 42ND AVE., STE. 1**<br>**DENVER, CO 80239** | X | J | 6/2007 BUSINESS GOODS AND SERVICES | X | X | | 1,389.38 |

Sheet no. ___**26**___ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **28,054.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Gill, Mark G. & Gill, Nancy J. _____ Case No. _____
               Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PINON WELDING<br>6860 E. 54TH PL.<br>COMMERCE CITY, CO 80022 | X | J | 4/2009 BUSINESS GOODS AND SERVICES LAWSUIT | X | X | X | 3,140.00 |
| ACCOUNT NO.<br><br>PLUMB-TECH SERVICES INC.<br>PO BOX 2500<br>GRANBY, CO 80446 | X | J | 7/2007-7/2008 BUSINESS GOODS AND SERVICES LAWSUIT IN GRAND COUNTY | X | X | X | 54,926.35 |
| ACCOUNT NO.<br><br>PONDEROSA CONSTRUCTION ,INC.<br>4401 S. QUEBEC, #101<br>DENVER, CO 80237 | | J | INDEMNITOR ON MERCHANTS BONDING COMPANY | X | X | X | unknown |
| ACCOUNT NO.<br><br>PONDEROSA CONSTRUCTION MANAGEMENT,INC<br>4401 S. QUEBEC,#101<br>DENVER, CO 80237 | | J | INDEMNITOR ON MERCHANTS BONDING COMPANY | X | X | X | unknown |
| ACCOUNT NO.<br><br>PORCELAIN REFINISHING CO<br>138 S. CAPE WAY<br>LAKEWOOD, CO 80232-5295 | X | J | 12/2008 BUSINESS GOODS AND SERVICES | X | X | | 665.00 |
| ACCOUNT NO.<br><br>PRECISION SIGN CO.<br>402 VIOLET ST.<br>GOLDEN, CO 80401 | X | J | 2/2007 BUSINESS GOODS AND SERVICES | X | X | | 160.00 |
| ACCOUNT NO.<br><br>PREMIER ROOFING LLC<br>747 SHERIDAN BLVD. UNIT 1A<br>LAKEWOOD, CO 80214 | X | J | 11/2008 BUSINESS GOODS AND SERVICES LAWSUIT DENVER SITRICT COURT | X | X | X | 4,500.00 |

Sheet no. _____27____ of _____38____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | 63,391.35

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE** Gill, Mark G. & Gill, Nancy J. _____   Case No. _____
                   Debtor(s)                                   (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **PRO DOOR AND TRIM 1255 W. CENTER AVE. DENVER, CO 80223** | X | J | 1/2008 BUSINESS GOODS AND SERVICES | X | X | | 10,084.20 |
| ACCOUNT NO. **QUICKSILVER EXPRESS PO BOX 64417 ST. PAUL, MN 55164-0417** | X | J | 7/2009 BUSINESS GOODS AND SERVICES | X | | | 50.55 |
| ACCOUNT NO. **QWEST PO BOX 173638 DENVER, CO 80217-3638** | X | J | 3/2008-8/2008 BUSINESS GOODS AND SERVICES | X | X | | 695.58 |
| ACCOUNT NO. **R & S PLUMBING 5195 S. SANTA FE DR. LITTLETON, CO 80120** | X | J | 9/2007-11/2007 BUSINESS GOODS AND SERVICES | X | X | | 32,802.30 |
| ACCOUNT NO. **RED LEAF LANDSCAPING INC. 9301 EL DORADO FIRESTONE, CO 80504** | X | J | 9/2007 BUSINESS GOODS AND SERVICES | X | X | | 42,280.00 |
| ACCOUNT NO. **REIS ENVIRONMENTAL INC./ OHA IN PO BOX 8498 ST. LOUIS, MO 63132** | X | J | 8/2007 BUSINESS GOODS AND SERVICES | X | X | | 1,073.63 |
| ACCOUNT NO. **RESTAURANT SOURCE 5005 WASHINGTON ST. DENVER, CO 80216** | X | J | 7/2008 BUSINESS GOODS AND SERVICES JUDGMENT ENTERED 1.6.2009 AGAINST CRC FOR $130,281.65 | X | X | X | 368,021.65 |

Sheet no. **28** of **38** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **455,007.91**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Gill, Mark G. & Gill, Nancy J.** _____     Case No. _____
          Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **RG INSULATION** <br> **2505 E. 74 TH AVE.** <br> **DENVER, CO 80229-6697** | X | J | **8/2007-11/2007 BUSINESS GOODS AND SERVICES** | X | X | | **2,308.20** |
| ACCOUNT NO. <br> **ROBERT AND BEVERLY GILL** <br> **12663 E. OHIO AVE.** <br> **AURORA, CO 80012** | | J | **2008 LOANS** | | | | **161,963.00** |
| ACCOUNT NO. <br> **ROCKY MOUNTAIN CABANA** <br> **PO BOX 96** <br> **EMPIRE, CO 80438** | X | J | **2/2009-3/2009 BUSINESS GOODS AND SERVICES** | X | X | | **399.00** |
| ACCOUNT NO. 1755440 <br> **ROCKY MOUNTAIN GASTROENTEROLOGY ASSOC.** <br> **10403 W. COLFAX AVE. #630** <br> **LAKEWOOD, CO 80215** | | H | **2008 GOODS AND SERVICES** | | | | **125.09** |
| ACCOUNT NO. <br> **ROCKY MOUNTAIN HEAT CONNECTION** <br> **PO BOX 368** <br> **GRANBY, CO 80446** | X | J | **7/2007-12/2007 BUSINESS GOODS AND SERVICES** | X | X | | **13,006.42** |
| ACCOUNT NO. <br> **ROCKY MTN PAVEMENT INC.** <br> **2001 W. 64 TH LANE** <br> **DENVER, CO 80221** | X | J | **10/2008-4/2009 BUSINESS GOODS AND SERVICES** | X | X | | **22,180.66** |
| ACCOUNT NO. 1473960 <br> **ROCKY MTN. ENDOSCOPY CENTERS** <br> **10403 W. COLFAX AVE., #630** <br> **LAKAEWOOD, CO 80215** | | H | **2008 GOODS AND SERVICES** | | | | **163.50** |

Sheet no. ___**29**___ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal
                           (Total of this page)  $ **200,145.87**

                                              Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____ Case No. _____
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**ROCY MOUNTAIN FENCE<br>PO BOX 1628<br>COMMERCE CITY, CO 80037** | X | J | **7/2007-12/2007 BUSINESS GOODS AND SERVICES** | X | X | | 2,317.05 |
| ACCOUNT NO.<br>**ROOTER SEWER SERVICES INC.<br>PO BOX 20447<br>CHEYENNE, WY 82003** | X | J | **11/2007 BUSINESS GOODS AND SERVICES** | X | X | | 230.00 |
| ACCOUNT NO.<br>**ROSS FAMILY ENTERPRISES LLC<br>1401 S. KITTREDGE ST.<br>AURORA, CO 80017** | X | J | **5/2008 BUSINESS GOODS AND SERVICES** | X | X | | 200.00 |
| ACCOUNT NO. **10480399**<br>**RPM<br>1930 220 TH ST. SE, #101<br>BOTHELL, WA 98021** | | J | **2008 GOODS AND SERVICES (COLLECTION SPRINT)** | | | | 1,307.38 |
| ACCOUNT NO.<br>**RUPERTO JUAREZ MASONRY<br>2700 W. (C) ST., #172<br>GREELEY, CO 80631** | X | J | **6/2007-2/2008 BUSINESS GOODS AND SERVICES** | X | X | | 16,801.00 |
| ACCOUNT NO.<br>**S & S BUILDERS, LLC<br>PO BOX 20033<br>CHEYENNE, WY 82003** | X | J | **10.2007 BUSINESS GOODS AND SERVICES** | X | X | | 6,150.00 |
| ACCOUNT NO.<br>**S & W SANITATION<br>904 S. GREELEY HWY.<br>CHEYENNE, WY 82007** | X | J | **10/2007-11/2007 BUSINESS GOODS AND SERVICES** | X | X | | 325.00 |

Sheet no. ___**30**___ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 27,330.43

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
                                   Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SABELL'S ENTERPRISES**<br>**5650 WARD ROAD**<br>**ARVADA, CO 80002** | | J | **4/2008 BUSINESS GOODS AND SERVICES** | X | X | | **555.42** |
| ACCOUNT NO.<br>**SAGE CLEANING, INC.**<br>**P.O. BOX 2222**<br>**FRASER, CO 80442** | | J | **1/2008 BUSINESS GOODS AND SERVICES** | X | X | | **4,774.30** |
| ACCOUNT NO.<br>**SANI-KING, INC.**<br>**P.O. BOX 45**<br>**GRANBY, CO 80446** | | J | **1/2008 - 3/2008 BUSINESS GOODS AND SERVICES** | X | X | | **1,137.50** |
| ACCOUNT NO.<br>**SB PORTA BOWL**<br>**DEPT. #960**<br>**DENVER, CO 80291** | | J | **7/2009 BUSINESS GOODS AND SERVICES** | X | X | | **188.00** |
| ACCOUNT NO.<br>**SCHROLL CABINETS**<br>**821 BRADLEY AVE.**<br>**CHEYENNE, WY 82007** | | J | **10/2008 BUSINESS GOODS AND SERVICES** | X | X | | **11,583.29** |
| ACCOUNT NO. **4638**<br>**SEARS COLD MASTERCARD**<br>**PO BOX 6282**<br>**SIOUX FALLS, SD 57117** | | H | **2009 GOODS AND SERVICES** | | | | **4,454.95** |
| ACCOUNT NO.<br>**SELECTRONICS, INC.**<br>**14 INVERNESS DR. E., BLDG. A #144**<br>**ENGLEWOOD, CO 80112** | | J | **1/2008 BUSINESS GOODS AND SERVICES** | X | X | | **813.41** |

Sheet no. ___**31**___ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **23,506.87**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____   Case No. _____
                        Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**SHORT ELLIOTT HENDRICKSON, INC.**<br>**2000 S. COLORADO BLVD., SUITE 6000**<br>**DENVER, CO 80222** | | J | **4/2008 BUSINESS GOODS AND SERVICES** | X | X | | **100.00** |
| ACCOUNT NO.<br>**SPECIALITIES SUPPLY CO., INC.**<br>**6479 E. 58TH AVE.**<br>**COMMERCE CITY, CO 80022** | | J | **1/2007 - 9/2007 BUSINESS GOODS AND SERVICES** | X | X | | **2,749.50** |
| ACCOUNT NO.<br>**SPLIT RAIL FENCE CO.**<br>**8065 BRANDON DRIVE**<br>**LITTLETON, CO 80125** | | J | **12/2007 - 4/2009 BUSINESS GOODS AND SERVICES** | X | X | | **25,000.00** |
| ACCOUNT NO.<br>**SPRINT**<br>**PO BOX 79357**<br>**CITY OF INDUSTRY, CA 91706-9357** | | J | **2/2008 - 7/2009 BUSINESS GOODS AND SERVICES** | X | X | | **315.70** |
| ACCOUNT NO.<br>**SPRUCE RIDGE LLC**<br>**C/O RALPH SCHOMP DEALERSHIP**<br>**5700 S. BROADWAY**<br>**LITTLETON, CO 80121** | | J | **PROJECT OWNER** | | | | **unknown** |
| ACCOUNT NO.<br>**STEIL SURVEYING SERVICES, LLC**<br>**P.O. BOX 2073**<br>**CHEYENNE, WY 82003** | | J | **10/2007 BUSINESS GOODS AND SERVICES** | X | X | | **6,407.50** |
| ACCOUNT NO.<br>**STRAIGHT LINE INSTALLATION, INC.**<br>**10246 S. PROGRESS LANE**<br>**PARKER, CO 80134** | | J | **5/2006 BUSINESS GOODS AND SERVICES** | X | X | | **630.00** |

Sheet no. ___32___ of ___38___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **35,202.70**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
           Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**STRESSCON CORP**<br>**P. O. BOX 15129**<br>**COLORADO SPRINGS, CO 80935-5129** | | J | 4/2009 - 5/2009  BUSINESS GOODS AND SERVICES | X | X | | 3,523.00 |
| ACCOUNT NO.<br><br>**SUNBELT RENTALS**<br>**6790 S. DAWSON CIRCLE**<br>**CENTENNIAL, CO 80112** | | J | 9/2007 - 1/2008 BUSINESS GOODS AND SERVICES | X | X | | 16,761.04 |
| ACCOUNT NO.<br><br>**SUNSTATE EQUIPMENT CO.**<br>**P.O. BOX 52581**<br>**PHOENIX, AZ 85072-2581** | | J | 12/08 - 2/2009 BUSINESS GOODS AND SERVICES | X | X | | 16,831.81 |
| ACCOUNT NO.<br><br>**THE HEAT GUY**<br>**4550 WADSWORTH BLVD., STE. K**<br>**WHEAT RIDGE CO, CO 80033** | X | J | 4/2006-5/2006 BUSINESS GOODS AND SERVICES | X | X | | 1,115.94 |
| ACCOUNT NO. **197049P**<br><br>**THE INSCO/DICO GROUP**<br>**PO BOX 19725**<br>**IRVINE, CA 92623** | | J | 2008 GOODS AND SERVICES | | | | 21,300.00 |
| ACCOUNT NO.<br><br>**THE ROOFING COMPANY**<br>**PO BOX 29**<br>**GRANBY, CO 80446** | X | J | 1/2007-12/2007 BUSINESS GOODS AND SERVICES | X | X | | 16,621.07 |
| ACCOUNT NO.<br><br>**THE TRASH COMPANY**<br>**P.O. BOX 2297**<br>**GRANBY, CO 80446** | | J | 12/2007 - 1/2008 BUSINESS GOODS AND SERVICES | X | X | | 6,600.00 |

Sheet no. ___**33**___ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 82,752.86

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
                          Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**TILEY ROOFING, INC.**<br>**5399 FEDERAL BLVD**<br>**DENVER, CO 80221** | | J | 4/2007 - 7/ 2007 BUSINESS GOODS AND SERVICES | X | X | | 7,911.70 |
| ACCOUNT NO.<br>**TILTON READY MIX**<br>**312 E. 15TH STREET**<br>**CHEYENNE, WY 82001** | | J | 9/2007 - 10/2007 BUSINESSS GOODS AND SERVICES | X | X | | 29,982.66 |
| ACCOUNT NO.<br>**TIMBERLINE DISPOSAL, LLC**<br>**P.O. BOX 1627**<br>**DILLON, CO 80435** | | J | 2/2009 - 3/2009 BUSINESS GOODS AND SERVICES | X | X | | 4,327.80 |
| ACCOUNT NO.<br>**TIMBERWIZE CONSTRUCTION**<br>**P.O. BOX 1297**<br>**LAPORT, CO 80535** | | J | 1/2008 BUSINESS GOODS AND SERVICES | X | X | | 4,386.00 |
| ACCOUNT NO.<br>**TJ'S WOOD PRODUCTS, INC.**<br>**62160 HWY. 285**<br>**BAILEY, CO 80421** | | J | 7/2008 BUSINESS GOODS AND SERVICES | X | X | | 727.30 |
| ACCOUNT NO.<br>**TODD GILL**<br>**1133 BIRCH AVE**<br>**FT. LUPTON, CO 80621** | | J | 6/2008 LOAN | | | | 5,000.00 |
| ACCOUNT NO. B00407001<br>**TRAVELERS INSURANCE**<br>**HOUSTON BUSINESS CENTER**<br>**PO BOX 4665**<br>**HOUSTON, TX 77210** | | J | 2008 HOMEOWNERS INSURANCE | | | | 642.00 |

Sheet no. __34__ of __38__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **52,977.46**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____ Case No. _____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TRENCH SHORING SERVICES<br>6770 E. 56TH AVE.<br>COMMERCE CITY, CO  80022 | | J | 4/2009 BUSINESS GOODS AND SERVICES | X | X | | 8,768.78 |
| ACCOUNT NO.<br><br>TRIMWORKS OF GRAND COUNTY, INC.<br>P.O. BOX 1869<br>GRAND LAKE, CO  80447 | | J | 10/2007 - 12/2007 BUSINESS GOODS AND SERVICES | X | X | | 4,833.20 |
| ACCOUNT NO.<br><br>ULTRA MECHANICAL<br>P.O. BOX 746561<br>ARVADA, CO  80006 | | J | 3/2009 BUSINESS GOODS AND SERVICES | X | X | | 1,675.00 |
| ACCOUNT NO.<br><br>UNIQUE WOODWORKING<br>2605 W. 7TH AVE.<br>DENVER, CO  80204 | | J | 6/2007 - 8/2007 BUSINESS GOODS AND SERVICES | X | X | | 22,546.44 |
| ACCOUNT NO.<br><br>UNITY BUSINESS NETWORKS, LLC<br>3900 E. MEXICO AVE., #930<br>DENVER, CO  80210 | | J | 7/2009 BUSINESS GOODS AND SERVICES | X | X | | 555.26 |
| ACCOUNT NO.<br><br>UNIVERSAL FOREST PRODUCTS<br>1201 E. SOUTH BOULDER RD.<br>LAFAYETTE, CO  80026-2029 | | J | 6/2009 BUSINESS GOODS AND SERVICES | X | X | | 1,591.19 |
| ACCOUNT NO.<br><br>VERIZON WIRELESS<br>PO BOX 2210<br>INGLEWOOD, CA  90313-2210 | | J | 7/2009 BUSINESS GOODS AND SERVICES | X | X | | 2,419.41 |

Sheet no. __35__ of __38__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 42,389.28

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____ Case No. _____
                 Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **VERNON EVANS** <br> **2755 INDIANA ST.** <br> **GOLDEN, CO 80401** | | J | FOR NOTICE PURPOSES | | | | 0.00 |
| **ACCOUNT NO.** <br> **VISION GLAZING, LLC** <br> **57 COUNTY ROAD, #820** <br> **TABERNASH, CO 80478** | | J | 1/2008 - 5/2008 BUSINESS GOODS AND SERVICES | X | X | | 5,266.65 |
| **ACCOUNT NO.** <br> **VTB, INC.** <br> **P.O. BOX 146** <br> **EAGLE, CO 81631** | | J | 9/2008 - 10/2008 BUSINESS GOODS AND SERVICES | X | X | | 3,520.80 |
| **ACCOUNT NO.** <br> **WASATCH TIMBER PRODUCTS** <br> **2045 HIGHWAY 40** <br> **HEBER CITY, UT 84032** | | J | 7/2006 - 12/2006 BUSINESS GOODS AND SERVICES | X | X | | 17,159.07 |
| **ACCOUNT NO.** <br> **WASTE MANAGEMENT OF COLORDO** <br> **P.O. BOX 78251** <br> **PHOENIX, AZ 85062-8251** | | J | 11/2007 - 3/2008 BUSINESS GOODS AND SERVICES | X | X | | 2,080.65 |
| **ACCOUNT NO.** <br> **WC CONSTRUCTION, INC.** <br> **143 ELK ROAD** <br> **IDAHO SPRINGS, CO 80452** | | J | 7/2006 BUSINESS GOODS AND SERVICES | X | X | | 180.00 |
| **ACCOUNT NO.** <br> **WEIZE COMPANY** <br> **150 STARR LANE** <br> **BRIGHTON, CO 80603** | | J | 9/2007 BUSINESS GOODS AND SERVICES | X | X | | 8,099.80 |

Sheet no. __36__ of __38__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)  $ **36,306.97**

Total  
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____
                                    Debtor(s)                                                                    (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **WENDY WEIGLER** <br> **1401 17TH STREET, #560** <br> **DENVER, CO  80202** | | J | 6/2009 - 7/2009 BUSINESS GOODS AND SERVICES | X | X | | 24,375.73 |
| ACCOUNT NO. <br> **WEST ELECTRIC GROUP, INC.** <br> **3270 FILMORE RIDGE HEIGHTS** <br> **COLORDO SPRINGS, CO  80907** | | J | 11/2008 - 12/2008 BUSINESS GOODS AND SERVICES | X | X | | 12,150.00 |
| ACCOUNT NO. <br> **WINDOWS PLUS** <br> **5900 GUNBARREL AVE., UNIT B** <br> **BOULDER, CO  80301** | | J | 8/2008 BUSINESS GOODS AND SERVICES | X | X | | 550.00 |
| ACCOUNT NO. **SR05** <br> **WINTER PARK RANCH WATER & SANITATION** <br> **PO BOX 1390** <br> **FRASER, CO  80442** | | J | 7/2009 WATER AND SEWER  CONDO | | | | 1,050.54 |
| ACCOUNT NO. <br> **WJE ENGINEERS, ARCHITECTS** <br> **P.O. BOX 71801** <br> **CHICAGO, IL  60694** | | J | 7/2009 BUSINESS GOODS AND SERVICES | X | X | | 998.50 |
| ACCOUNT NO. <br> **WJS SIGNS, LLC** <br> **404 VIOLET STREET** <br> **GOLDEN, CO  80401** | | J | 7/2009 BUSINESS GOODS AND SERVICES | X | X | | 15,818.50 |
| ACCOUNT NO. <br> **WRANGLER ELECTRIC, INC.** <br> **P.O. BOX 620127** <br> **LITTLETON, CO  80162** | | J | 8/2008 - 5/2009 BUSINESS GOODS AND SERVICES | X | X | | 13,615.20 |

Sheet no. ____**37**____ of ___**38**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **68,558.47**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____   Case No. _____

Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**XCEL ENERGY<br>P.O. BOX 9477<br>MINNEAPOLIS, MN 55484** | | J | **6/2009 - 7/2009 BUSINESS GOODS AND SERVICES** | X | X | | **596.84** |
| ACCOUNT NO. **53-1291680-8**<br><br>**XCEL ENERGY<br>PUBLIC SERVICE COMPANY OF COLORADO<br>PO BOX 840<br>DENVER, CO 80201** | | J | **JULY 2009 CONDO NATURAL GAS** | | | | **389.49** |
| ACCOUNT NO.<br><br>**ZIA STONE AND TILE<br>P. O. BOX 294<br>WINTER PARK, CO 80442** | | J | **10/2007 BUSINESS GOODS AND SERVICES** | X | X | | **225.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **38** of **38** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,211.33**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **3,358,126.39**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

IN RE **Gill, Mark G. & Gill, Nancy J.** _____ Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **KONICA MINOLTA**<br>**CIT TECHNOLOGIES**<br>**PO BOX 100706**<br>**PASADENA, CA  91189-0706** | **LEASE FOR COPIER IN BUSINESS #910-0068045-000** |
| **BUSINESS VEHICLE FINANCE**<br>**PO BOX 3288**<br>**MILWAUKEE, WI  53201** | **LEASE FRO 2007 DODGE TRUCK BUSINESS #250-0036786-000** |
| **CREEKSIDE TWO ON INVERNESS LLC**<br>**4001 OFFICE CURT DR., #303**<br>**SANTA FE, NM  87507** | **OFFICE LEASE FOR CRC AT 88 INVERNESS CIRCLE EAST, BUILDING J, ENGLEWOOD, CO 80112** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07)**

IN RE Gill, Mark G. & Gill, Nancy J. _____ Case No. _____
                                              Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | FOUR STAR FOUNDATIONS, INC.<br>PO BOX 1184<br>LONGMONT, CO  80502<br><br>MASTIN LAW FIRM,P.C.<br>ATTN. SUSAN GRAHAM BARNES, ESQ.<br>5750 S. ULSTER CIRCLE EAST, SUITE 300<br>GREENWOOD VILLAGE, CO  80111<br><br>BROWN BROTHERS ASPHALT & CONC.<br>1315 W. QUINCY AVE.<br>ENGLEWOOD, CO  80110<br><br>CREEKSIDE TWO ON INVERNESS LLC<br>4001 OFFICE CURT DR., #303<br>SANTA FE, NM  87507<br><br>JAZZIE FLOORING<br>24 S. SABLE BLVD.<br>AURORA, CO  80012<br><br>PINON WELDING<br>6860 E. 54TH PL.<br>COMMERCE CITY, CO  80022<br><br>PLUMB-TECH SERVICES INC.<br>PO BOX 2500<br>GRANBY, CO  80446<br><br>PREMIER ROOFING LLC<br>747 SHERIDAN BLVD. UNIT 1A<br>LAKEWOOD, CO  80214<br><br>RESTAURANT SOURCE<br>5005 WASHINGTON ST.<br>DENVER, CO  80216<br><br>INTERNAL REVENUE SERVICE<br>MS 5210 SO<br>56 INVERNESS DR. EAST<br>ENGLEWOOD, CO  80112<br><br>MICHAEL MILSTEIN,ESQ<br>621 sEVENTEENTH ST.,19TH FL.<br>DENVER, CO  80293<br><br>NANETTE DAHLSTROM<br>4401 S. QUEBEC ST.,#101<br>DENVER, CO  80237 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J.                                    Case No. _____
_____
                    Debtor(s)                                                          (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | DOUGLAS W. DAHLSTROM<br>4401 S. QUEBEC ST.,#101<br>DENVER, CO 80237 |
| | ACE EXCAVATING INC.<br>46402 COUNTY ROAD 9<br>PARKER, CO 80138 |
| | COLORADO DEPT. OF PUBLIC HEALTH & ENVIRO<br>4300 CHERRY CREEK DR. S<br>DENVER, CO 80246-1530 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | 84 LUMBER COMPANY<br>9500 E. 104TH AVE.<br>HENDERSON, CO 80640 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | A&A SEPTIC SERVICE<br>PO BOX 635<br>SILVERTHORNE, CO 80498 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | AAA BUILDING MAINTENANCE<br>6006 W 16TH AVE.<br>LAKEWOOD, CO 80214 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | AAA COURIER<br>2323 S. TROY ST., B5-254<br>AURORA, CO 80014 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | AAA WATERPROOFING INC.<br>750 W. 84 TH AVE.<br>DENVER, CO 80216 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ADT SECURITY SERVICES<br>6229 S SANTA FE DR.<br>LITTLETON, CO 80120 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ADVANCED INSULATIION<br>1483 N. PARK ST.<br>CASTLE ROCK, CO 80109 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | AIR WEST ENTERPRISES INC<br>2655 S. TEJON ST.<br>ENGLEWOOD, CO 80110 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ALL SYSTEMS ROOFING<br>5340 YOUNGFIELD ST. #409<br>WHEATRIDGE, CO 80033 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ALPINE ENVIRONMENTAL TESTING<br>PO BOX 1552<br>211 MAIN ST., #5B<br>FRISCO, CO 80443 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | AMI FIREPLACE COMPANY<br>PO BOX 9229<br>GREEN BAY, WI 54308 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ANDERSON SERVICES INC.<br>1125 QUAKER ST.<br>GOLDEN, CO 80401 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | APOLLO SUNGUARD SYSTEMS INC.<br>4487 A ASHTON RD<br>SARASOTA, FL 34233 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101 | ARMSTRONG SWEEPING<br>5350 GRAY CT. |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07) - Cont.**

IN RE **Gill, Mark G. & Gill, Nancy J.** _____   Case No. _____

Debtor(s)                                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ENGLEWOOD, CO 80112 | AURORA, CO 80002 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ASPEN RETAINING WALL SYSTEMS<br>1155 KELLY JOHNSON BLVD. #440<br>COLO SPRINGS, CO 80920 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ASPHALT PAVING CO.<br>14802 W 44 TH AVE.<br>GOLDEN, CO 80403 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ATTORNEY SERVICES CENTER INC.<br>475 17TH ST., #450<br>DENVER, CO 80202 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | AT YOUR SERVICE<br>PO BOX 2832<br>WINTER PARK, CO 80482 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | AURORA WATER<br>15151 E. ALAMEDA PKWY., #1200<br>AURORA, CO 80012 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | BADGER EXCAVATING LTD.<br>PO BOX 2818<br>6603 N. COLLEGE DR.<br>CHEYENNE, WY 82003 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | BARTON SUPPLY CO.<br>14800 E. MANCRIEFF PL.<br>AURORA, CO 80011 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | BROWN BROTHERS ASPHALT & CONC.<br>1315 W. QUINCY AVE.<br>ENGLEWOOD, CO 80110 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | BENSON ROLL-ON<br>6885 LOWELL BLVD.<br>DENVER, CO 80221 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | BID TOOL-CDC ACCUNTING<br>2001 9TH AVE., #209<br>VERO BEACH, FL 32960 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | BRADLEY ASPHALT SERVICES INC<br>4973 E. COLLINSVILLE PL.<br>HIGHLANDS RANCH, CO 80130 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | C&S DRYWALL INC.<br>1831 E 73RD AVE.<br>DENVER, CO 80229 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | CAPITAL ONE F.S.B.<br>PO BOX 105131<br>ATLANTA, GA 30348 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | CASTLE ROCK BANK<br>501 WILCOX ST.<br>CASTLE ROCK, CO 80104 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | COLORADO FLOOR WORKS INC<br>1741 W. 64TH LANE<br>`DENVER, CO 80221 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | COMCAST CABLE<br>PO BOX 34744<br>SEATTLE, WA 98124 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101 | COMMUNICATION RESOURCES INC<br>7510 W MISSISSIPPI AVE., #220 |

B6H (Official Form 6H) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____   Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ENGLEWOOD, CO  80112 | LAKEWOOD, CO  80226 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | CONSTRUCTION SYSTEMS<br>4940 MONACO ST.<br>COMMERCE CITY, CO  80022 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | COLORADO PUBLIC HEALTH & ENVIR.<br>633 17TH ST.<br>DENVER, CO  80202 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | CRAFTSMAN PAINTERS & DECOR.<br>567 OLATHE ST., #D<br>AURORA, CO  80011 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | CREEKSIDE TWO ON INVERNESS LLC<br>4001 OFFICE CURT DR., #303<br>SANTA FE, NM  87507 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | CSW INC<br>PO BOX 27519<br>LAKEWOOD, CO  80227 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | CSW SAFETY SERVICES<br>3537 DELGANY ST.<br>DENVER, CO  80216 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | CYREX GLASS & MIRROR<br>1852 JASPER ST., STE. C<br>AURORA, CO  80111 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | D & E STEEL<br>800 E. 73RD AVE., UNIT 1<br>DENVER, CO  80229 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | D & J EXCAVATING<br>PO BOX 3230<br>SIERRA VISTA, AZ  85636 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | D & M ROOFING AND SHEET METAL<br>PO BOX 1722<br>WINTER PARK, CO  80482 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | DAKOTA AUDIO INC<br>PO BOX 290<br>GRANBY, CO  80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | BUSINESS VEHICLE FINANCE<br>PO BOX 3288<br>MILWAUKEE, WI  53201 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | CRC/P INC.<br>88 INVERNESS CIRCLE E, #J106<br>ENGLEWOOD, CO  80112 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | DEAN CONTRACTING INC.<br>34711 WCR 23<br>WINDSOR, CO  80550 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | DEEP ROCK WATERING CO<br>PO BOX 173898<br>DENVER, CO  80217 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | DELL FINANCIAL SERVICES<br>PAYMENT PROCESSING CENTER<br>PO BOX 5275 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____   Case No. _____
_____Debtor(s)_____                                  (If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | CAROL STREAM, IL  60197 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | DENVER WEST RENTALS<br>9505 W. 44TH AVE.<br>WHEAT RIDGE, CO  80033 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | DESK INC<br>12503 E EUCLID DR., #4<br>CENTENNIAL, CO  80111 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | DIAMOND EXECAVATING INC<br>5940 W 59TH AVE<br>ARVADA, CO  80003 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | DIVISION 7 INC.<br>6425 N WASHINGTO, #5<br>DENVER, CO  80229 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | DON KEHN CONSTRUCTION INC<br>6550 S. COUNTY RD. 5<br>FORT COLLINS, CO  80528 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | E-LIGHT<br>361 INVERNESS DR., SOUTH<br>ENGLEWOOD, CO  80112 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | EAGEL CONCRETE CORP.<br>6989 S. JORDON RD., #6D<br>CENTENNIAL, CO  80112 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | EBLUEPRINT<br>DEPT 2166<br>DENVER, CO  80291 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | EVERIST MATERIALS<br>28755 HWY. 9<br>SILVERTHORNE, CO  80498 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | EXPERT CONTRACT MAINTENANCE<br>PO BOX 467<br>BROOMFIELD, CO  80038 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | FAST SIGNS<br>9686 E. ARAPAHOE RD.<br>GREENWOOD VILLAGE, CO  80112 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | FERRELL GAS<br>PO BOX 773360<br>STEAMBOAT SPRINGS, CO  80477 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | FINAL GRADE<br>605 25 ROAD. #201<br>GRAND JUNCTION, CO  81505 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | FIREMAN'S FUND INSURANCE CO<br>DEPT. CH 10284<br>PALATINE, IL  60055 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | FISKE ELECTRIC<br>1023 S. LINCOLN AVE<br>LOVELAND, CO  80537 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | FIVE STAR GLASS & MIRROR<br>995 W. ILIFF AVE<br>DENVER, CO  80223 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | FRASER CRANE<br>PO BOX 689<br>TABERNASH, CO  80478 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07) - Cont.**

IN RE Gill, Mark G. & Gill, Nancy J. _____   Case No. _____
                                       Debtor(s)                                          (If known)

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | FRASER VALLEY LUMBER<br>17600 E. SMITH RD.<br>AURORA, CO 80011 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | F RODGERS CORP<br>13250 E. SMITH RD., #A<br>AURORA, CO 80011 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | FRONTIER SURVEYING INC<br>353 NORFOLK ST<br>AURORA, CO 80111 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | FRONT RANGE WINDOW & DOOR<br>12425 N. MEAD WAY<br>LITTLETON, CO 80125 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | GAMBLES OF GRANBY<br>PO BOX 1017<br>GRANBY, CO 80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | GENERAL ELECTRIC CO.<br>PO BOX 840136<br>DALLAS, TX 75284 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | OTTO VAN GEET, ENGINEER<br>58 BIG MEADOW DR.<br>IDAHO SPRINGS, CO 80452 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | GOT IT MAID PROFESSIONAL CLEAN<br>981 E. 70 AVE., UNIT K<br>DENVER, CO 80229 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | GRANBY HEATING & SHEET METAL<br>PO BOX 1562<br>GRANBY, CO 80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | GRANBY SAWMILL<br>PO BOX 1355<br>GRANBY, CO 80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | GRAND VIEW GLASS CO<br>5985 LAMAR ST., #E<br>ARVADA, CO 80003 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | GRAND VISION AND SOUND LLC<br>PO BOX 1433<br>FRASER, CO 80442 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | H & L ARCHITECTURE<br>1621 18TH ST., #110<br>DENVER, CO 80202 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | THE HEAT GUY<br>4550 WADSWORTH BLVD., STE. K<br>WHEAT RIDGE CO, CO 80033 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | HESTER'S LOG AND TIMBER<br>PO BOX 433<br>KREMMLING, CO 80459 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | HOME DEPOT CREDIT SERVCIES<br>PO BOX 6031<br>THE LAKES, NV 88901 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | HOUSE OF FLAGS<br>556 S. SYCAMORE ST.<br>LITTLETON, CO 80120 |
| COLORADO REGIONAL CONSTRUCTION, INC. | HIGHLAND PARKS WATERPROOFING |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07) - Cont.**

IN RE **Gill, Mark G. & Gill, Nancy J.** _____    Case No. _____

<div style="text-align:center;">Debtor(s)                                                          (If known)</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<div style="text-align:center;">

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | PO BOX 1775<br>FRASER, CO  80422 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | ICE BOX WELDING<br>PO BOX 87<br>FRASER, CO  80442 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | ILLUMEN GROUP INC<br>1338 S VALENTIA ST. STE. 13<br>DENVER, CO  80247 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | J & J HEATING LLC<br>PO BOX 313<br>GRANBY, CO  80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | J & K PIPELINE INC<br>4951 S. RIO GRANDE ST.<br>LITTLETON, CO  80120 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | JAC & COMPANY<br>PO BOX 1023<br>LAFAYETTE, CO  80026 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | JAZZIE FLOORING<br>24 S. SABLE BLVD.<br>AURORA, CO  80012 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | MAGIC MAN SERVICES<br>886 E. 132ND DR.<br>THORNTON, CO  80241 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | MARK'S PAINTING<br>2460 GREENSBOROUGH DR.<br>HIGHLANDS RANCH, CO  80129 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | MASTIN LAW FIRM,P.C.<br>ATTN. SUSAN GRAHAM BARNES, ESQ.<br>5750 S. ULSTER CIRCLE EAST, SUITE 300<br>GREENWOOD VILLAGE, CO  80111 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | MEHAFFY BRUBAKER & ERNST, LLC<br>21 N. 1ST AVE., #290<br>BRIGHTON, CO  80601 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | MCCOLLUM'S EXCAVATING LLC<br>PO BOX 790<br>NEDERLAND, CO  80466 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | MECHANICS PLANING MILL INC.<br>#1 COTTONWOOD INDUSTRIAL PARK<br>GLEN CARBON, IL  62034 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | MECHANICAL SYSTEMS INC.<br>1313 W. LINCOLNWAY<br>CHEYENNE, WY  82001 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | METRO CARPET AND FLOORING<br>11177 S. DRANSFELDT RD., # 135<br>PARKER, CO  80134 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | METRO SKYLINE INSULATION CORP.<br>1885 W. DARTMOUTH AVE., #18<br>DENVER, CO  80110 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO  80112 | MICHAEL FORREST INC<br>PO BOX 345<br>GRANBY, CO  80446 |
| COLORADO REGIONAL CONSTRUCTION, INC. | MICROVISIONS II LLC |

B6H (Official Form 6H) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J. _____     Case No. _____
                             Debtor(s)                                                         (If known)

## SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | 207 TOWNEPARK CIR., #100<br>LOUISVILLE, KY 40243 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | MIDDLE PARK ELECTRIC<br>PO BOX 1880<br>GRANBY, CO 80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | MILLENNIUM CONCRETE CUTTING<br>5380 TENNYSON, UNIT F<br>DENVER, CO 80212 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | MOBILE MINI<br>5300 EUDORA ST.<br>COMMERCE CITY, CO 80022 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | MOD SPACE<br>12603 COLLECTION CENTER DR.<br>CHICAGO, IL 60693 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | MOUNTAIN STATAES MUTUAL CASUALTY<br>5051 JOURNAL CTR. BLVD., NE<br>ALBUQUERQUE, NM 87109 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | MOUNTAIN PARKS ELECTRIC<br>PO BOX 170<br>GRANBY, CO 80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | MOUNTAIN TOP DRYWALL<br>PO BOX 1188<br>GRANBY, CO 80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | MIDWEST INSULATORS INC<br>PO BOX 395<br>BRIGHTON, CO 80601 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | NEW AMERICAN PIPELINE & EXC.<br>21811 WELD CYT. RD. 22<br>HUDSON, CO 80642 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | NAYLOR MADE CONSTRUCTION<br>PO BOX 1864<br>DILLON, CO 80435 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | NEW WEST PAVING CO.<br>7100 N BROADWAY, 2-PPH<br>DENVER, CO 80221 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | OVERHEAD DOOR<br>3291 PEORIA ST.<br>AURORA, CO 80010 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | OLSSON ASSOCIATES<br>1111 LINCOLN MALL, STE. 111<br>LINCOLN, NE 68501 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PAA CONTRACTORS<br>2054 E 98TH AVE.<br>THORNTON, CO 80229 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PAPERCLIP<br>PO BOX 259<br>GRANBY, CO 80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PARK ENGINEERING CONSULTANTS<br>420 21ST AVE., STE. 101<br>LONGMONT, CO 80501 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101 | PARKER WATER AND SANITATION<br>19801 E. MAIN STREET |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07) - Cont.

IN RE Gill, Mark G. & Gill, Nancy J.
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ENGLEWOOD, CO 80112 | PARKER, CO 80138 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PAVE TEC<br>PO BOX 23196<br>SILVERTHORNE, CO 80498 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PEAK CONCRETE PUMPING<br>PO BOX 1150<br>SILVERTHORNE, CO 80498 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PELLA WINDOWS AND DOORS INC.<br>14175 E. 42ND AVE., STE. 1<br>DENVER, CO 80239 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PINON WELDING<br>6860 E. 54TH PL.<br>COMMERCE CITY, CO 80022 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PLUMB-TECH SERVICES INC.<br>PO BOX 2500<br>GRANBY, CO 80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PORCELAIN REFINISHING CO<br>138 S. CAPE WAY<br>LAKEWOOD, CO 80232-5295 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PRECISION SIGN CO.<br>402 VIOLET ST.<br>GOLDEN, CO 80401 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PREMIER ROOFING LLC<br>747 SHERIDAN BLVD. UNIT 1A<br>LAKEWOOD, CO 80214 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | PRO DOOR AND TRIM<br>1255 W. CENTER AVE.<br>DENVER, CO 80223 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | QUICKSILVER EXPRESS<br>PO BOX 64417<br>ST. PAUL, MN 55164-0417 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | QWEST<br>PO BOX 173638<br>DENVER, CO 80217-3638 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | R & S PLUMBING<br>5195 S. SANTA FE DR.<br>LITTLETON, CO 80120 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | RED LEAF LANDSCAPING INC.<br>9301 EL DORADO<br>FIRESTONE, CO 80504 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | REIS ENVIRONMENTAL INC./<br>OHA IN<br>PO BOX 8498<br>ST. LOUIS, MO 63132 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | RESTAURANT SOURCE<br>5005 WASHINGTON ST.<br>DENVER, CO 80216 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | RG INSULATION<br>2505 E. 74 TH AVE.<br>DENVER, CO 80229-6697 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101 | ROCKY MTN PAVEMENT INC.<br>2001 W. 64 TH LANE |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6H (Official Form 6H) (12/07) - Cont.**

**IN RE** Gill, Mark G. & Gill, Nancy J. _____   Case No. _____
<span style="margin-left:3em">Debtor(s)</span> <span style="margin-left:15em">(If known)</span>

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ENGLEWOOD, CO 80112 | DENVER, CO 80221 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ROCKY MOUNTAIN CABANA<br>PO BOX 96<br>EMPIRE, CO 80438 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ROCY MOUNTAIN FENCE<br>PO BOX 1628<br>COMMERCE CITY, CO 80037 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ROCKY MOUNTAIN HEAT CONNECTION<br>PO BOX 368<br>GRANBY, CO 80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | THE ROOFING COMPANY<br>PO BOX 29<br>GRANBY, CO 80446 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ROSS FAMILY ENTERPRISES LLC<br>1401 S. KITTREDGE ST.<br>AURORA, CO 80017 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | ROOTER SEWER SERVICES INC.<br>PO BOX 20447<br>CHEYENNE, WY 82003 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | RUPERTO JUAREZ MASONRY<br>2700 W. (C) ST., #172<br>GREELEY, CO 80631 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | S & S BUILDERS, LLC<br>PO BOX 20033<br>CHEYENNE, WY 82003 |
| COLORADO REGIONAL CONSTRUCTION, INC.<br>88 INVERNESS CIRCLE EAST, SUITE J 101<br>ENGLEWOOD, CO 80112 | S & W SANITATION<br>904 S. GREELEY HWY.<br>CHEYENNE, WY 82007 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6I (Official Form 6I) (12/07)**

IN RE **Gill, Mark G. & Gill, Nancy J.**                                          Case No. _____
                         Debtor(s)                                                                   (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): | | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **COLORADO REGIONAL CONSTRUCTION, INC.** | **COLORADO REGIONAL CONSTRUCTION, INC.** |
| How long employed | **8 years** | |
| Address of Employer | **88 INVERNESS CIRCLE EAST, SUITE J 101 ENGLEWOOD, CO  80112** | **88 INVERNESS CIRCLE EAST, SUITE J 101 ENGLEWOOD, CO  80112** |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ | 7,367.00 | $ | 1.00 |
| 2. Estimated monthly overtime | $ | | $ | |
| **3. SUBTOTAL** | $ | **7,367.00** | $ | **1.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and Social Security | $ | 714.00 | $ | |
|    b. Insurance | $ | | $ | |
|    c. Union dues | $ | | $ | |
|    d. Other (specify)  _____ | $ | | $ | |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **714.00** | $ | **0.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ | **6,653.00** | $ | **1.00** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ | |
| 8. Income from real property | $ | | $ | |
| 9. Interest and dividends | $ | | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| 11. Social Security or other government assistance | | | | |
|    (Specify) _____ | $ | | $ | |
| _____ | $ | | $ | |
| 12. Pension or retirement income | $ | | $ | |
| 13. Other monthly income | | | | |
|    (Specify) _____ | $ | | $ | |
| _____ | $ | | $ | |
| _____ | $ | | $ | |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | | $ | |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ | **6,653.00** | $ | **1.00** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15;
if there is only one debtor repeat total reported on line 15)                                  $ **6,654.00**

<small>(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)</small>

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**LIKELY DECREASE AS BUSINESS IS CLOSING**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE **Gill, Mark G. & Gill, Nancy J.** _____  Case No. _____
                              Debtor(s)                                          (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,300.00 |
|    a. Are real estate taxes included?    Yes ____  No ✓ | | |
|    b. Is property insurance included?   Yes ____  No ✓ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 330.00 |
|    b. Water and sewer | $ | |
|    c. Telephone | $ | 367.00 |
|    d. Other _____ | $ | |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | 175.00 |
| 4. Food | $ | 700.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 134.00 |
|    b. Life | $ | |
|    c. Health | $ | 1,350.00 |
|    d. Auto | $ | 167.00 |
|    e. Other _____ | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) **REAL PROPERTY 2810. PER YEAR** | $ | 234.00 |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | |
|    b. Other _____ | $ | |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other   **CONTINGENCY** | $ | 100.00 |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $ **6,557.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

## 20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 6,654.00 |
|    b. Average monthly expenses from Line 18 above | $ | 6,557.00 |
|    c. Monthly net income (a. minus b.) | $ | 97.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Gill, Mark G. & Gill, Nancy J.                                          Case No. _____
                                        Debtor(s)                                                              (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **64** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 17, 2009** _____   Signature: */s/ Mark G. Gill* _____
                                                                        **Mark G. Gill**                                   Debtor

Date: **August 17, 2009** _____   Signature: */s/ Nancy J. Gill* _____
                                                                        **Nancy J. Gill**                            (Joint Debtor, if any)
                                                                        [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

                                                          _____
                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Colorado**

IN RE:                                                    Case No. _____

**Gill, Mark G. & Gill, Nancy J.** _____   Chapter **7** _____
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August 17, 2009** _____   Signature: **/s/ Mark G. Gill** _____
                                                  **Mark G. Gill**
                                                                                              Debtor

Date: **August 17, 2009** _____   Signature: **/s/ Nancy J. Gill** _____
                                                  **Nancy J. Gill**
                                                                                   Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ANDERSON SERVICES INC.
1125 QUAKER ST.
GOLDEN, CO   80401


84 LUMBER COMPANY
9500 E. 104TH AVE.
HENDERSON, CO   80640


A&A SEPTIC SERVICE
PO BOX 635
SILVERTHORNE, CO   80498


AAA BUILDING MAINTENANCE
6006 W 16TH AVE.
LAKEWOOD, CO   80214


AAA COURIER
2323 S. TROY ST., B5-254
AURORA, CO   80014


AAA WATERPROOFING INC.
750 W. 84 TH AVE.
DENVER, CO   80216


ACE EXCAVATING INC.
46402 COUNTY ROAD 9
PARKER, CO   80138


ADT SECURITY SERVICES
6229 S SANTA FE DR.
LITTLETON, CO   80120

ADVANCED INSULATIION
1483 N. PARK ST.
CASTLE ROCK, CO  80109


AGENCY OF CREDIT CONTROL
2014 S. PONTIAC WAY
DENVER, CO  80224


AIR WEST ENTERPRISES INC
2655 S. TEJON ST.
ENGLEWOOD, CO  80110


ALL SYSTEMS ROOFING
5340 YOUNGFIELD ST. #409
WHEATRIDGE, CO  80033


ALPINE ENVIRONMENTAL TESTING
PO BOX 1552
211 MAIN ST., #5B
FRISCO, CO  80443


AMI FIREPLACE COMPANY
PO BOX 9229
GREEN BAY, WI  54308


ANDERSON & KEIL
12101 E. 2ND AVE., #202
AURORA, CO  80011


APOLLO SUNGUARD SYSTEMS INC.
4487 A  ASHTON RD
SARASOTA, FL  34233

```
ARMSTRONG SWEEPING
5350 GRAY CT.
AURORA, CO  80002


ARUNDEL RESEARCH CENTER
AKA DAT-CHEYENNE
7052 COMMERCE CIRCLE
CHEYENNE, WY  82003


ASPEN RETAINING WALL SYSTEMS
1155 KELLY JOHNSON BLVD. #440
COLO SPRINGS, CO  80920


ASPHALT PAVING CO.
14802 W 44 TH AVE.
GOLDEN, CO  80403


ASPIRE
PAYMENT PROCESSING
PO BOX 84080
COLUMBUS, GA  31908


AT YOUR SERVICE
PO BOX 2832
WINTER PARK, CO  80482


ATTORNEY SERVICES CENTER INC.
475 17TH ST., #450
DENVER, CO  80202


AURORA WATER
15151 E. ALAMEDA PKWY., #1200
AURORA, CO  80012
```

B &  D  COUNTRY SQUARE LLC
5275 DTC PARKWAY
GREENWOOD VILLAGE, CO  80111


BADGER EXCAVATING LTD.
PO BOX 2818
6603 N. COLLEGE DR.
CHEYENNE, WY  82003


BARTON SUPPLY CO.
14800 E. MANCRIEFF PL.
AURORA, CO  80011


BC SERVICES INC
451 21ST AVE.
LONGMONT, CO  80501


BEAVER MANAGEMENT GROUP INC.
PO BOX 21
WINTER PARK, CO  80482


BENSON ROLL-ON
6885 LOWELL BLVD.
DENVER, CO  80221


BID TOOL-CDC ACCUNTING
2001 9TH AVE., #209
VERO BEACH, FL  32960


BRADLEY A. LOZOW, ESQ.
209 KALAMATH ST., #23
DENVER, CO  80223

```
BRADLEY ASPHALT SERVICES INC
4973 E. COLLINSVILLE PL.
HIGHLANDS RANCH, CO  80130



BRAMMER LAW OFFICE PC
PO BOX 1827
STERLING, CO  80751



BROWN BROTHERS ASPHALT & CONC.
1315 W. QUINCY AVE.
ENGLEWOOD, CO  80110



BRW FINANCIAL COMPANY
940 SPEER BLVD., #D
DENVER, CO  80204



BUSINESS VEHICLE FINANCE
PO BOX 3288
MILWAUKEE, WI  53201



C&S DRYWALL INC.
1831 E 73RD AVE.
DENVER, CO  80229



CAPITAL ONE BANK
PO BOX 30285
SALT LAKE CITY, UT  84130



CAPITAL ONE F.S.B.
PO BOX 105131
ATLANTA, GA  30348
```

```
CAROLYN J. FAIRLESS, ESQ.
WHEELER TRIGG O'DONNELL, LLP
1801 CALIFORNIA ST. #3600
DENVER, CO  80202


CASTLE ROCK BANK
501 WILCOX ST.
CASTLE ROCK, CO  80104


CHARLES & MARY HASS
C/O JOEL MAGUIRE, ESQ.
2060 BROADWAY,  #400
BOULDER, CO  80302-5302


CHARLES BAILEY
DBA TELEMARK ASSOCIATES LTD. LLC
7302 ROZENA DR.
LONGMONT, CO  80503


CIT TECHNOLOGY FIN SERV
13847 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693


CLIFFOR E. ANDERSON AND ASSIGNS
PO BOX 954
WINTER PARK, CO  80482


COLORADO DEPARTMENT OF REVENUE
TAX AUDITING AND COMPLIANCE DIVISION
1375 SHERMAN ST.
DENVER, CO  80261


COLORADO DEPT. OF PUBLIC HEALTH & ENVIRO
4300 CHERRY CREEK DR. S
DENVER, CO  80246-1530
```

```
COLORADO FLOOR WORKS INC
1741 W. 64TH LANE
`DENVER, CO   80221



COLORADO HEART CLINIC
850 E. HARVARD AVE., #365
DENVER, CO   80210



COLORADO PUBLIC HEALTH & ENVIR.
633 17TH ST.
DENVER, CO   80202



COLORADO REGIONAL CONSTRUCTION, INC.
88 INVERNESS CIRCLE EAST, SUITE J 101
ENGLEWOOD, CO   80112



COMCAST CABLE
PO BOX 34744
SEATTLE, WA   98124



COMMUNICATION RESOURCES INC
7510 W MISSISSIPPI AVE., #220
LAKEWOOD, CO   80226



CONCRETE REPAIR MUD JACK SERVICES
4949 N. HIGHWAY 67
SEDALIA, CO   80135



CONSTRUCTION SYSTEMS
4940 MONACO ST.
COMMERCE CITY, CO   80022
```

COUNTRY SQUARE LLC
5275 DTC BLVD
GREENWOOD VILLAGE, CO   80111


COWEST INSURANCE CO
PO BOX 101387
DENVER, CO   80250


CRAFTSMAN PAINTERS & DECOR.
567 OLATHE ST., #D
AURORA, CO   80011


CRC/P INC.
88 INVERNESS CIRCLE E, #J106
ENGLEWOOD, CO   80112


CREDIT SERVICE COMPANY INC
PO BOX 1120
COLORADO SPRINGS, CO   80901


CREEKSIDE TWO ON INVERNESS LLC
4001 OFFICE CURT DR., #303
SANTA FE, NM   87507


CROWLEY & FLECK, PLLP
JEFFERY J. OVEN, ESQ.
P.O. BOX 2529
BILLINGS, MT   59103-2529


CSW INC
PO BOX 27519
LAKEWOOD, CO   80227

CSW SAFETY SERVICES
3537 DELGANY ST.
DENVER, CO  80216


CYREX GLASS & MIRROR
1852 JASPER ST., STE. C
AURORA, CO  80111


D & E STEEL
800 E. 73RD AVE., UNIT 1
DENVER, CO  80229


D & J EXCAVATING
PO BOX 3230
SIERRA VISTA, AZ  85636


D & M ROOFING AND SHEET METAL
PO BOX 1722
WINTER PARK, CO  80482


DAKOTA AUDIO INC
PO BOX 290
GRANBY, CO  80446


DANIEL P. QUEEN, ESQ.
LAW OFFICES OF DANIEL P. QUEEN
2075 S. UNIVERSITY BLVD. #187
DENVER, CO  80210


DAVID CARROLL, ESQ.
2001 S. MARION ST.
DENVER, CO  80210-4131

DAVID GILL
441 N 6TH AVE.
BRIGHTON, CO  80601


DAVID P. HUTCHINSON, ESQ.
OTTEN JOHNSON ROBINSON NEFF RAGONETTI
950 17TH ST., #1600
DENVER, CO  80202


DC BUSINESS VEHICLE FINANCE
PO BOX 3288
MILWAUKEE, WI  53201


DEAN CONTRACTING INC.
34711 WCR 23
WINDSOR, CO  80550


DEEP ROCK WATERING CO
PO BOX 173898
DENVER, CO  80217


DELL FINANCIAL SERVICES
PAYMENT PROCESSING CENTER
PO BOX 5275
CAROL STREAM, IL  60197


DENVER WEST RENTALS
9505 W. 44TH AVE.
WHEAT RIDGE, CO  80033


DESK INC
12503 E EUCLID DR., #4
CENTENNIAL, CO  80111

DIAMOND EXECAVATING INC
5940 W 59TH AVE
ARVADA, CO  80003


DIETZE & DAVIS PC
JOEL MGUIRE, ESQ.
2060 BROADWAY, #400
BOULDER, CO  80302


DIGIACOMO JAGGERS & PERKO LLP
5400 WARD RD., BLDG. III, STE. 200
ARVADA, CO  80002


DIVERSIFIED RADIOLOGY OF CO, PC
PO BOX 173840
DENVER, CO  80217


DIVISION 7 INC.
6425 N WASHINGTO, #5
DENVER, CO  80229


DON KEHN CONSTRUCTION INC
6550 S. COUNTY RD. 5
FORT COLLINS, CO  80528


DOUGLAS W. DAHLSTROM
4401 S. QUEBEC ST.,#101
DENVER, CO  80237


E-LIGHT
361 INVERNESS DR., SOUTH
ENGLEWOOD, CO  80112

EAGEL CONCRETE CORP.
6989 S. JORDON RD., #6D
CENTENNIAL, CO  80112


EBLUEPRINT
DEPT 2166
DENVER, CO  80291


EMERGENCY PHYSICIANS AT PORTER
PO BOX 5006
DENVER, CO  80217


EVERIST MATERIALS
28755 HWY. 9
SILVERTHORNE, CO  80498


EXPERT CONTRACT MAINTENANCE
PO BOX 467
BROOMFIELD, CO  80038


F RODGERS CORP
13250 E. SMITH RD., #A
AURORA, CO  80011


F. STEPHEN COLLINS, ESQ.
DUCKER MONTGOMERY ARONSTEIN & BESS PC
1560 BROADWAY #1400
DENVER, CO  80202


FARMERS INSURANCE
GEORGE VASSILAROS
13111 E BRIAWD AVE 130
CENTENNIAL, CO  80112

FAST SIGNS
9686 E. ARAPAHOE RD.
GREENWOOD VILLAGE, CO  80112


FERRELL GAS
PO BOX 773360
STEAMBOAT SPRINGS, CO  80477


FINAL GRADE
605 25 ROAD. #201
GRAND JUNCTION, CO  81505


FIREMAN'S FUND INSURANCE CO
DEPT. CH 10284
PALATINE, IL  60055


FISKE ELECTRIC
1023 S. LINCOLN AVE
LOVELAND, CO  80537


FIVE STAR GLASS & MIRROR
995 W. ILIFF AVE
DENVER, CO  80223


FOSTER GRAHAM MILSTEIM MILLER & CALISHER
621 17TH ST., 19TH FL.
DENVER, CO  80293


FOUR STAR FOUNDATIONS, INC.
PO BOX 1184
LONGMONT, CO  80502

```
FRASER CRANE
PO BOX 689
TABERNASH, CO   80478


FRASER VALLEY LUMBER
17600 E. SMITH RD.
AURORA, CO   80011


FRONT RANGE WINDOW & DOOR
12425 N. MEAD WAY
LITTLETON, CO   80125


FRONTIER SURVEYING INC
353 NORFOLK ST
AURORA, CO   80111


G. RAYMOND GOODWIN
WATROUS EHLERS MIELKE & GOODWIN LLP
7472 S. SHAFFER LANE, #100
LITTLETON, CO   80127


GAMBLES OF GRANBY
PO BOX 1017
GRANBY, CO   80446


GENERAL ELECTRIC CO.
PO BOX 840136
DALLAS, TX   75284


GMAC
PO BOX 380902
BLOOMINGTON, MN   55438
```

```
GMAC MORTGAGE
PO BOX 79135
PHOENIX, AZ  85062-9135



GOT IT MAID PROFESSIONAL CLEAN
981 E. 70 AVE., UNIT K
DENVER, CO  80229



GRANBY HEATING & SHEET METAL
PO BOX 1562
GRANBY, CO  80446



GRANBY SAWMILL
PO BOX 1355
GRANBY, CO  80446



GRAND COUNTY ASSESSOR
PO BOX 302
HOT SULPHUR SPRINGS, CO  80451



GRAND VIEW GLASS CO
5985 LAMAR ST., #E
ARVADA, CO  80003



GRAND VISION AND SOUND LLC
PO BOX 1433
FRASER, CO  80442



GREENBERG & SADA PC
770 WEST HAMPDEN AVE., #227
ENGLEWOOD, CO  80110
```

H & L ARCHITECTURE
1621 18TH ST., #110
DENVER, CO  80202


HARRY L. SIMON PC
7100 EAST HAMPDEN AVE.
DENVER, CO  80224


HARVARD COLLECTION
4839 N ELSTON AVE.
CHICAGO, IL  60630


HATCH JACOBS, LLC
ROBERT W. HATCH, II
950 17TH STREET, #1700
DENVER, CO  80202


HESTER'S LOG AND TIMBER
PO BOX 433
KREMMLING, CO  80459


HIGHLAND PARKS WATERPROOFING
PO BOX 1775
FRASER, CO  80422


HOLLEY ALBERTSON & POLK PC
1667 COLE BLVD., STE. 100
GOLDEN, CO  80401


HOME DEPOT CREDIT SERVCIES
PO BOX 6031
THE LAKES, NV  88901

```
HOUSE OF FLAGS
556 S. SYCAMORE ST.
LITTLETON, CO   80120


HOWARD BUCHALTER, ESQ.
1660 LINCOLN ST., #2200
DENVER, CO   80264


HSBC CARD SERVICES
ORCHARD BANK
PO BOX 80084
SALINAS, CA   93912


ICE BOX WELDING
PO BOX 87
FRASER, CO   80442


ILLUMEN GROUP INC
1338 S VALENTIA ST. STE. 13
DENVER, CO   80247


INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA   19114-0326


INTERNAL REVENUE SERVICE
INSOLVENCY UNIT
1999 BROADWAY, MS5012
DENVER, CO   80202-3025


INTERNAL REVENUE SERVICE
C/O US ATTORNEY
1225 17TH ST.
DENVER, CO   80202
```

```
INTERNAL REVENUE SERVICE
MS 5210 SO
56 INVERNESS DR. EAST
ENGLEWOOD, CO  80112



J & J HEATING LLC
PO BOX 313
GRANBY, CO  80446



J & K PIPELINE INC
4951 S. RIO GRANDE ST.
LITTLETON, CO  80120



JAC & COMPANY
PO BOX 1023
LAFAYETTE, CO  80026



JAMES L. FOLTMER, ESQ.
600 17TH ST., #2800 SOUTH
DENVER, CO  80202



JAMES R. CAGE, ESQ.
MOYE/WHITE LLP
1400 16TH ST., 6TH FL.
DENVER, CO  80202-1486



JAZZIE FLOORING
24 S. SABLE BLVD.
AURORA, CO  80012



JB STONEWORKS
1161 W. 99TH AVE.
NORTHGLENN, CO  80260
```

JEFFREY B. STALDER, ESQ.
FOWLER SCHIMBERG & FLANAGAN
1640 GRANT ST., #200
DENVER, CO  80203


JEFFREY N. HERREN PC
PO BOX 3288
WINTER PARK, CO  80482


JOHN F. GRIEBEL ESQ.
681 GRANT ST.
DENVER, CO  80237


JP 2001 CONSTRUCTION DETAILS
P.O. BOX 1613
GRANBY, CO  80446-1613


JRW PROPERTY MANAGEMENT, LLC
9650 E. 25TH AVE.
AURORA, CO  80010


JVC & KB MECHANICAL CONTRACTOR
P.O. BOX 24237
SILVERTHORNE, CO  80497


KEITH AND ANDREA DOUGLAS
PO BOX 1612
WINTER PARK, CO  80482


KEVIN F. HUGHES ESQ.
2942 EVERGREEN PARKWAY, #400
EVERGREEN, CO  80439

```
KEYOP REPROGRAPHICS
#6 INVERNESS DR. E #130
ENGLEWOOD, CO  80112-5609



KNOX COMPANY
1601 W. DEER VALLEY RD
PHOENIX, AZ  85027



KONICA MINOLTA
CIT TECHNOLOGIES
PO BOX 100706
PASADENA, CA  91189-0706



KURTZ FINISH WORKS
P.O. BOX 1387
EASTLAKE, CO  80614



KUSTOM KLEAN & MAINTENANCE, LLC
P.O. BOX 411
FRASER, CO  80442



LAFARGE CONCRETE
1590 W. 12TH AVE.
DENVER, CO  80204



LANHAM CONCRETE CONSTRUCTION, LLC101 AVE
101 AVE. C #1
CHEYENNE, WY  82007



LEE HEGNEER, ESQ.
1525 SHERMAN ST.
DENVER, CO  80203
```

```
LEGAL RESOLUTION CENTER
7907 ZENOBIA ST.
WESTMINSTER, CO  80030


LETOFSKY & DOMBROWSKI
PO DRAWER  549
FRISCO, CO  80443


LINEBARGE GOGGAN
PO BOX 44309
DENVER, CO  80201-4309


LISA A PERRYMAND MD PC
10371 PARKGLENN WAY, #280
PARKER, CO  80138


LOWES
9100 E. PEAKVIEW AVE.
GREENWOOD VILLAGE, CO  80111


LUDVIK ELECTRIC CO
3900 S. TELLER ST.
LAKEWOOD, CO  80235


MAGIC MAN SERVICES
886 E. 132ND DR.
THORNTON, CO  80241


MARK A SARES ESQ.
HARRIS KARSTAEDT JAMISON & POWERS PC
188 INVERNESS DRIVE WEST
ENGLEWOOD, CO  80112
```

```
MARK AND LISA WALLACE
C/O RALPH SCHOMP DEALERSHIP
5700 S. BROADWAY
LITTLETON, CO  80121


MARK'S PAINTING
2460 GREENSBOROUGH DR.
HIGHLANDS RANCH, CO  80129


MASTIN LAW FIRM,P.C.
ATTN. SUSAN GRAHAM BARNES, ESQ.
5750 S. ULSTER CIRCLE EAST, SUITE 300
GREENWOOD VILLAGE, CO  80111


MCCOLLUM'S EXCAVATING LLC
PO BOX 790
NEDERLAND, CO  80466


MECHANICAL SYSTEMS INC.
1313 W. LINCOLNWAY
CHEYENNE, WY  82001


MECHANICS PLANING MILL INC.
#1 COTTONWOOD INDUSTRIAL PARK
GLEN CARBON, IL  62034


MEHAFFY BRUBAKER & ERNST LLC
21 NORTH 1ST AVE., #290
BRIGHTON, CO  80601


MEHAFFY BRUBAKER & ERNST, LLC
21 N. 1ST AVE., #290
BRIGHTON, CO  80601
```

MERCHANTS BONDING CO.
2100 FLEUR DR.
DES MOINES, IA  50321


METRO CARPET AND FLOORING
11177 S. DRANSFELDT RD., # 135
PARKER, CO  80134


METRO PATH
PO BOX 40899
DENVER, CO  80204


METRO SKYLINE INSULATION CORP.
1885 W. DARTMOUTH AVE., #18
DENVER, CO  80110


MICHAEL ALON
DBA M3 COLORADO
585 ALBEO LANE
LAWRENCE, NY  11559


MICHAEL FISHER, ESQ.
1600 STOUT ST., #1910
DENVER, CO  80203


MICHAEL FORREST INC
PO BOX 345
GRANBY, CO  80446


MICHAEL G. MILSTEIN ESQ.
FOSTER GRAHAM MILSTEIN MILLER & CALISHER
621 17TH ST., 19TH FL.
DENVER, CO  80293

```
MICHAEL L. BLAKE, ESQ.
10310 ROTHERWOOD CIR.
HIGHLANDS RANCH, CO  80130


MICHAEL MILSTEIN,ESQ
621 sEVENTEENTH ST.,19TH FL.
DENVER, CO  80293


MICROVISIONS II LLC
207 TOWNEPARK CIR., #100
LOUISVILLE, KY  40243


MIDDLE PARK ELECTRIC
PO BOX 1880
GRANBY, CO  80446


MIDWEST INSULATORS INC
PO BOX 395
BRIGHTON, CO  80601


MILLENNIUM CONCRETE CUTTING
5380 TENNYSON, UNIT F
DENVER, CO  80212


MJV DEVELOPMENT
1509 YORK ST., 3RD FL.
DENVER, CO  80202


MOBILE MINI
5300 EUDORA ST.
COMMERCE CITY, CO  80022
```

```
MOD SPACE
12603 COLLECTION CENTER DR.
CHICAGO, IL  60693


MOUNTAIN PARKS ELECTRIC
PO BOX 170
GRANBY, CO  80446


MOUNTAIN STATAES MUTUAL CASUALTY
5051 JOURNAL CTR. BLVD., NE
ALBUQUERQUE, NM  87109


MOUNTAIN TOP DRYWALL
PO BOX 1188
GRANBY, CO  80446


NANETTE DAHLSTROM
4401 S. QUEBEC ST.,#101
DENVER, CO  80237


NAYLOR MADE CONSTRUCTION
PO BOX 1864
DILLON, CO  80435


NCO FINANCIAL SYSTEMS INC
507 PRUDENTIAL RD.
HORSHAM, PA  19044


NELNET LOAN SERVICES
PO BOX 82561
LINCOLN, NE  68501
```

```
NELNET,INC.
PO BOX 82561
LINCOLN, NE  68501-2561


NEW AMERICAN PIPELINE & EXC.
21811 WELD CYT. RD. 22
HUDSON, CO  80642


NEW WEST PAVING CO.
7100 N BROADWAY, 2-PPH
DENVER, CO  80221


NICHOLAS & TANGEMAN, LLC
PHILIP A. NICHOLAS, ESQ.
P.O. BOX 928
LARAMIE, WY  82073-0928


NORIYUKI & PARKER PC
PO BOX 949
GRANBY, CO  80446


OLSSON ASSOCIATES
1111 LINCOLN MALL, STE. 111
LINCOLN, NE  68501


OTTO VAN GEET, ENGINEER
58 BIG MEADOW DR.
IDAHO SPRINGS, CO  80452


OVERHEAD DOOR
3291 PEORIA ST.
AURORA, CO  80010
```

PAA CONTRACTORS
2054 E 98TH AVE.
THORNTON, CO  80229


PAPERCLIP
PO BOX 259
GRANBY, CO  80446


PARK ENGINEERING CONSULTANTS
420 21ST AVE., STE. 101
LONGMONT, CO  80501


PARKER ADVENTIST HOSPITAL
8140 S HOLLY ST.
CENTENNIAL, CO  80122


PARKER WATER AND SANITATION
19801 E. MAIN STREET
PARKER, CO  80138


PAVE TEC
PO BOX 23196
SILVERTHORNE, CO  80498


PEAK CONCRETE PUMPING
PO BOX 1150
SILVERTHORNE, CO  80498


PELLA WINDOWS AND DOORS INC.
14175 E. 42ND AVE., STE. 1
DENVER, CO  80239

```
PENDELTON, FREIDBERG, WILSON & HENNESSEY
EDGAR L. NEEL, JOHN C. FRIEDBERG
1875 LAWRENCE ST., 10TH FLOOR
DENVER, CO  80202



PINON WELDING
6860 E. 54TH PL.
COMMERCE CITY, CO  80022



PLUMB-TECH SERVICES INC.
PO BOX 2500
GRANBY, CO  80446



PONDEROSA CONSTRUCTION ,INC.
4401 S. QUEBEC, #101
DENVER, CO  80237



PONDEROSA CONSTRUCTION MANAGEMENT,INC
4401 S. QUEBEC,#101
DENVER, CO  80237



PORCELAIN REFINISHING CO
138 S. CAPE WAY
LAKEWOOD, CO  80232-5295



PORTER HEALTH  MORGAN
JENNIFER L. MORGAN, ESQ.
PO BOX 1317
LONGMONT, CO  80502



PRECISION SIGN CO.
402 VIOLET ST.
GOLDEN, CO  80401
```

```
PREMIER ROOFING LLC
747 SHERIDAN BLVD. UNIT 1A
LAKEWOOD, CO  80214


PRO DOOR AND TRIM
1255 W. CENTER AVE.
DENVER, CO  80223


QUICKSILVER EXPRESS
PO BOX 64417
ST. PAUL, MN  55164-0417


QWEST
PO BOX 173638
DENVER, CO  80217-3638


R & S PLUMBING
5195 S. SANTA FE DR.
LITTLETON, CO  80120


RED LEAF LANDSCAPING INC.
9301 EL DORADO
FIRESTONE, CO  80504


REIS ENVIRONMENTAL INC./
OHA IN
PO BOX 8498
ST. LOUIS, MO  63132


RESTAURANT SOURCE
5005 WASHINGTON ST.
DENVER, CO  80216
```

```
RG INSULATION
2505 E. 74 TH AVE.
DENVER, CO  80229-6697


ROBERT AND BEVERLY  GILL
12663 E. OHIO AVE.
AURORA, CO  80012


ROBERT H. WINTER
DENVER CENTERPOINTE
3900 E. MEXICO AVE., #955
DENVER, CO  80210


ROBERT H. WINTER, ESQ.
3900 E. MEXICO AVE., #1300
DENVER, CO  80210


ROCKY MOUNTAIN CABANA
PO BOX 96
EMPIRE, CO  80438


ROCKY MOUNTAIN GASTROENTEROLOGY ASSOC.
10403 W. COLFAX AVE. #630
LAKEWOOD, CO  80215


ROCKY MOUNTAIN HEAT CONNECTION
PO BOX 368
GRANBY, CO  80446


ROCKY MTN PAVEMENT INC.
2001 W. 64 TH LANE
DENVER, CO  80221
```

ROCKY MTN. ENDOSCOPY CENTERS
10403 W. COLFAX AVE., #630
LAKAEWOOD, CO  80215


ROCY MOUNTAIN FENCE
PO BOX 1628
COMMERCE CITY, CO  80037


ROOTER SEWER SERVICES INC.
PO BOX 20447
CHEYENNE, WY  82003


ROSS FAMILY ENTERPRISES LLC
1401 S. KITTREDGE ST.
AURORA, CO  80017


RPM
1930 220 TH ST. SE, #101
BOTHELL, WA  98021


RUPERTO JUAREZ MASONRY
2700 W. (C) ST., #172
GREELEY, CO  80631


S & S BUILDERS, LLC
PO BOX 20033
CHEYENNE, WY  82003


S & W SANITATION
904 S. GREELEY HWY.
CHEYENNE, WY  82007

```
SABELL'S ENTERPRISES
5650 WARD ROAD
ARVADA, CO  80002


SAGE CLEANING, INC.
P.O. BOX 2222
FRASER, CO  80442


SANI-KING, INC.
P.O. BOX 45
GRANBY, CO  80446


SB PORTA BOWL
DEPT. #960
DENVER, CO  80291


SCHLUETER MAHONEY & ROSS PC
LISA SECOR
999 18TH ST. #2200
DENVER, CO  80202


SCHROLL CABINETS
821 BRADLEY AVE.
CHEYENNE, WY  82007


SCOTT ALBERTSON, ESQ.
HOLLEY ALBERTSON & POLK, PC
1667 COLE BLVD. #100
GOLDEN, CO  80401


SEARS COLD MASTERCARD
PO BOX 6282
SIOUX FALLS, SD  57117
```

SELECT PORTFOLIO SERVICING INC
PO BOX 65250
SALT LAKE CITY, UT  84165-0250


SELECTRONICS, INC.
14 INVERNESS DR. E., BLDG. A #144
ENGLEWOOD, CO  80112


SHELLY K. ROSNIK PC
19751 E. MAINSTREET, #258
PARKER, CO  80138


SHORT ELLIOTT HENDRICKSON, INC.
2000 S. COLORADO BLVD., SUITE 6000
DENVER, CO  80222


SPECIALITIES SUPPLY CO., INC.
6479 E. 58TH AVE.
COMMERCE CITY, CO  80022


SPEIGHT, MCCUE & CRANK, P.C.
ROBERT T. MCCUE, ESQ.
P.O. BOX 1709
CHEYENNE, WY  82003-1709


SPLIT RAIL FENCE CO.
8065 BRANDON DRIVE
LITTLETON, CO  80125


SPRINT
PO BOX 79357
CITY OF INDUSTRY, CA  91706-9357

SPRUCE RIDGE LLC
C/O RALPH SCHOMP DEALERSHIP
5700 S. BROADWAY
LITTLETON, CO  80121


STEIL SURVEYING SERVICES, LLC
P.O. BOX 2073
CHEYENNE, WY  82003


STEPHEN H. KLINE, ESQ.
401 W. 19TH ST., #306
P.O. BOX 1938
CHEYENNE, WY  82003


STERN & NEWTON, P.C.
62510 HIGHWAY 40
P.O. BOX 50
GRANBY, CO  80446


STEVE WHITMORE, ESQ.
GARY C. MOSHETTI & ASSOC.
1775 SHERMAN ST., #1780
DENVER, CO  80203


STRAIGHT LINE INSTALLATION, INC.
10246 S. PROGRESS LANE
PARKER, CO  80134


STRESSCON CORP
P. O. BOX 15129
COLORADO SPRINGS, CO  80935-5129


SUNBELT RENTALS
6790 S. DAWSON CIRCLE
CENTENNIAL, CO  80112

```
SUNSTATE EQUIPMENT CO.
P.O. BOX 52581
PHOENIX, AZ  85072-2581


THE HEAT GUY
4550 WADSWORTH BLVD., STE. K
WHEAT RIDGE CO, CO  80033


THE INSCO/DICO GROUP
PO BOX 19725
IRVINE, CA  92623


THE ROOFING COMPANY
PO BOX 29
GRANBY, CO  80446


THE TRASH COMPANY
P.O. BOX 2297
GRANBY, CO  80446


THOMAS C. HELGESON PC
4890 KIPLING ST.
WHEAT RIDGE, CO  80033


TILEY ROOFING, INC.
5399 FEDERAL BLVD
DENVER, CO  80221


TILTON READY MIX
312 E. 15TH STREET
CHEYENNE, WY  82001
```

TIMBERLINE DISPOSAL, LLC
P.O. BOX 1627
DILLON, CO  80435


TIMBERWIZE CONSTRUCTION
P.O. BOX 1297
LAPORT, CO  80535


TJ'S WOOD PRODUCTS, INC.
62160 HWY. 285
BAILEY, CO  80421


TODD GILL
1133 BIRCH AVE
FT. LUPTON, CO  80621


TRAVELERS INSURANCE
HOUSTON BUSINESS CENTER
PO BOX 4665
HOUSTON, TX  77210


TRENCH SHORING SERVICES
6770 E. 56TH AVE.
COMMERCE CITY, CO  80022


TRIMWORKS OF GRAND COUNTY, INC.
P.O. BOX 1869
GRAND LAKE, CO  80447


ULTRA MECHANICAL
P.O. BOX 746561
ARVADA, CO  80006

UNIQUE WOODWORKING
2605 W. 7TH AVE.
DENVER, CO  80204


UNITY BUSINESS NETWORKS, LLC
3900 E. MEXICO AVE., #930
DENVER, CO  80210


UNIVERSAL FOREST PRODUCTS
1201 E. SOUTH BOULDER RD.
LAFAYETTE, CO  80026-2029


VERIZON WIRELESS
PO BOX 2210
INGLEWOOD, CA  90313-2210


VERNON EVANS
2755 INDIANA ST.
GOLDEN, CO  80401


VISION GLAZING, LLC
57 COUNTY ROAD, #820
TABERNASH, CO  80478


VTB, INC.
P.O. BOX 146
EAGLE, CO  81631


WASATCH TIMBER PRODUCTS
2045 HIGHWAY 40
HEBER CITY, UT  84032

```
WASHINGTON MUTUAL BANK
PO BOX 78148
PHOENIX, AZ  85062-8148


WASHINGTON MUTUAL BANK
7255 BAYMEADOWS WAY
JACKSONVILLE, FL  32256


WASTE MANAGEMENT OF COLORDO
P.O. BOX 78251
PHOENIX, AZ  85062-8251


WC CONSTRUCTION, INC.
143 ELK ROAD
IDAHO SPRINGS, CO  80452


WEIZE COMPANY
150 STARR LANE
BRIGHTON, CO  80603


WENDY WEIGLER
1401 17TH STREET, #560
DENVER, CO  80202


WEST ELECTRIC GROUP, INC.
3270 FILMORE RIDGE HEIGHTS
COLORDO SPRINGS, CO  80907


WINDOWS PLUS
5900 GUNBARREL AVE., UNIT B
BOULDER, CO  80301
```

```
WINTER PARK RANCH WATER & SANITATION
PO BOX 1390
FRASER, CO  80442


WJE ENGINEERS, ARCHITECTS
P.O. BOX 71801
CHICAGO, IL  60694


WJS SIGNS, LLC
404 VIOLET STREET
GOLDEN, CO  80401


WRANGLER ELECTRIC, INC.
P.O. BOX 620127
LITTLETON, CO  80162


XCEL ENERGY
P.O. BOX 9477
MINNEAPOLIS, MN  55484


XCEL ENERGY
PUBLIC SERVICE COMPANY OF COLORADO
PO BOX  840
DENVER, CO  80201


ZIA STONE AND TILE
P. O. BOX 294
WINTER PARK, CO  80442
```

**B22A (Official Form 22A) (Chapter 7) (12/08)**

| | |
|---|---|
| In re: **Gill, Mark G. & Gill, Nancy J.** | According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
| <span>Debtor(s)</span> | ☐ **The presumption arises** |
| Case Number: _____ | ☐ **The presumption does not arise** |
| <span>(If known)</span> | ☐ **The presumption is temporarily inapplicable.** |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| **1A** | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| **1B** | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| **1C** | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (12/08)**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts $<br>b. Ordinary and necessary business expenses $<br>c. Business income   Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts $<br>b. Ordinary and necessary operating expenses $<br>c. Rent and other real property income   Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | $ | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a.     \$ <br> b.     \$ | | |
| | Total and enter on Line 10 | \$ | \$ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | \$ | \$ |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | \$ | |

## Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | \$ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence: _____  b. Enter debtor's household size: ____ | \$ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br><br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

### Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | **Enter the amount from Line 12.** | \$ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a.     \$ <br> b.     \$ <br> c.     \$ | |
| | Total and enter on Line 17. | \$ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | \$ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | \$ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

| | | | | |
|---|---|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | | | |

<table>
<tr><th colspan="2">Household members under 65 years of age</th><th colspan="2">Household members 65 years of age or older</th></tr>
<tr><td>a1.</td><td>Allowance per member</td><td>a2.</td><td>Allowance per member</td></tr>
<tr><td>b1.</td><td>Number of members</td><td>b2.</td><td>Number of members</td></tr>
<tr><td>c1.</td><td>Subtotal</td><td>c2.</td><td>Subtotal</td></tr>
</table>

$

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

$

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| | | |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | | |
|---|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.**<br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 1</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.**<br><table><tr><td>a.</td><td>IRS Transportation Standards, Ownership Costs, Second Car</td><td>$</td></tr><tr><td>b.</td><td>Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42</td><td>$</td></tr><tr><td>c.</td><td>Net ownership/lease expense for Vehicle 2</td><td>Subtract Line b from Line a</td></tr></table> | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

B22A (Official Form 22A) (Chapter 7) (12/08)

| | Subpart B: Additional Living Expense Deductions<br>Note: Do not include any expenses that you have listed in Lines 19-32 | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance — $<br>b. Disability Insurance — $<br>c. Health Savings Account — $<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B22A (Official Form 22A) (Chapter 7) (12/08)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Subpart C: Deductions for Debt Payment** |
|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |

|   | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | Total: Add lines a, b and c. | | |

(Line 42 total) $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |
|---|---|

|   | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

(Line 43 total) $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |
|---|---|

|   | | |
|---|---|---|
| a. | Projected average monthly chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

(Line 45 total) $

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | **Subpart D: Total Deductions from Income** |
|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. |

(Line 47 total) $

**B22A (Official Form 22A) (Chapter 7) (12/08)**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. <br><br> ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. <br><br> ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. <br><br> ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | **Part VII. ADDITIONAL EXPENSE CLAIMS** | |
|---|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | **Part VIII. VERIFICATION** |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)* <br><br> Date: **August 17, 2009**     Signature: ***/s/ Mark G. Gill*** <br> <span style="font-size:small">(Debtor)</span> <br><br> Date: **August 17, 2009**     Signature: ***/s/ Nancy J. Gill*** <br> <span style="font-size:small">(Joint Debtor, if any)</span> |

B201 (12/08)

UNITED STATES BANKRUPTCY COURT

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201                                                                                                                    Page 2

    1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

    2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

    3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

#### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

#### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

    **WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

_____

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

Gill, Mark G. & Gill, Nancy J.
_____
Printed Name(s) of Debtor(s)

**X** */s/ Mark G. Gill*                                                    8/17/2009
    Signature of Debtor                                         Date

Case No. (if known) _____

**X** */s/ Nancy J. Gill*                                                   8/17/2009
    Signature of Joint Debtor (if any)                    Date

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only