# LIST OF PENDING LAW SUITS
(Updated 8/15/09)

| Case No./Filing | Case Title | | Disposition |
|---|---|---|---|
| 2009C159<br>Grand County | Plumb Tech Services<br>Vs. Colo. Regional Const.,<br>Mark and Nancy Gill | Subcont.<br>non-payment | open |
| 09S640<br>Arapahoe Cnty<br>Small Claims | Brown Brothers Asphalt<br>Vs. Mark Gill and<br>Colo. Regional Const. | Subcont<br>non-payment | open |
| 2009CV 1082<br>Arapahoe Dist. | Ace Excavating, Inc.<br>v. Mark Gill and<br>Colo. Regional Const. | Subcont.<br>non-payment | open |
| 09V142<br>Grand Cnty Dist. | Neils Lunceford, Inc.<br>v. CRC et al (not Gill's) | Subcont<br>non-payment | closed |
| 2009C 406263<br>Araphaoe County | BRW Financial<br>v. Colo. Regional Const. | Subcont.<br>non-payment | open |
| 09C401017<br>Arapahoe County | Integral Recovery<br>v. Colo. Regional Const. | Electric bill | open |
| 09S622<br>Araphaoe Small Clms | Pinon custom Welding<br>v. Colo. Regional Const. | Subcont. | open |
| Case #_____<br>Denver Dist. | Premier Roofing Co.<br>V. Colo. Regional Const. | Subcont.<br>non-payment | Open |
| Case #_____<br>Arapahoe District | General Electric Co.<br>v. Colorado Regional Const. | Subcont.<br>non-payment | open |

| Case / Court | Parties | Type | Status |
|---|---|---|---|
| 174 No. 34<br>Laramie WY<br>District Crt | Ludvik Electric Co.<br>v. Colo. Regional Const.<br>et al. | Subcont.<br>non-payment | open |
| 08CV324 K<br>Summit Dist. Crt | Everist Materials, LLC<br>v. Nancy Gill and CRC | Subcont. | open |
| 09CV 1141<br>Arapahoe Dist. | Sunbelt Rentals, Inc.<br>V. Nancy Gill and CRC | Subcont.<br>None-payment | open |
| 08CV2697<br>Arap District | M&R Leasing, Inc.<br>v. CRC and Mark Gill | Subcont.<br>non-payment | closed |
| 2008CV314<br>Grand District Ct | 84 Lumber Co.<br>v. CRC and Mark G. Gill<br>(Coyote Crk) et. Al. | Subcont.<br>non-payment | open |
| 08CV135<br>Grand Dist. Crt. | M3 Colorado, LLC<br>V. CRC and Mark Gill | Owner<br>Complaint | Dismissed |
| 2009CV2<br>Grand District | 84 Lumber Co.<br>v. CRC and Mark G. Gill | Subcont. | open |
| 09CV68<br>Clear Creek Dist. | Jim and Leah Rymut<br>V. CRC | Owner<br>complaint | open |
| 2007CV262<br>Grand District | Weize Company, LLC and<br>Martz Supply v. CRC (only) | Subcont.<br>non-payment | Judgment/<br>Appealed |
| 08CV263<br>Elbert District | Developers Surety and<br>Indemnity Co. v. Mark<br>and Nancy Gill | Bond issue | open |
| 2009CV361<br>Arapahoe Dist. | Craftsman Painting<br>V. CRC and Telemark | Subcont.<br>non-payment | open |
| 2009CV362<br>Arapahoe Dist. | Craftsman Painting & Décor.<br>V. CRC and M3 | Subcont.<br>non-payment | open |

| Case | Parties | Type | Status |
|---|---|---|---|
| 2009 CV32<br>Grand District | 84 Lumber<br>v. CRC and Mark Gill (Telemark) et al | Subcont. | open |
| 2009CV101<br>Grand District | Middle Park Electric<br>v. CRC and Cozens Pointe | Subcont | open |
| 2007CV1640<br>Boulder District | C&S Drywall<br>v. CRC and Mark and Nancy Gill | Subcont.<br>non-payment | closed |
| 2008CV2313<br>Arapahoe Dist. | V&B Masonry<br>V. CRC and Mark Gill | subcont<br>non-payment | open |
| 07CV487<br>Arapahoe Dist. | E Light Electric Serv.<br>V. CRC Mark and Nancy Gill et al | Subcont<br>non-payment | open |
| 09S100113<br>Arapahoe Small Clms | Hesters Log & Lumber<br>v. Mark Gill and CRC | subcont.<br>non-payment | open |
| 08S5778<br>Arapahoe Small Claims | Engineering Repro Systems<br>(E-Blue Print)<br>v. CRC | supplier<br>non-payment | open |
| 08CV6349<br>Denver Dist. Crt. | United Glassware & China<br>d/b/a Restaurant Source<br>v. CRC, Mark and Nancy Gill | subcont.<br>non-payment | open |
| 09CV541<br>Arapahoe Dist. | Waste Management<br>V. CRC | supplier | dismissed |
| 08CV6037<br>Denver Dist. | Wynkoop & Moye White<br>V. CRC and Mark and Nancy Gill | legal fees | open |
| 08CV27<br>Gilpin District | Asphalt Paving<br>v. CRC, Mark and Nancy Gill et al | subcont<br>non-payment | open |

| Case # / Court | Parties | Type | Status |
|---|---|---|---|
| Case #_____ Arapahoe County | Apollo Credit (Pro Dr & Trim) v. CRC | subcont non-payment | open |
| Case #_____ Grand County | Weize Company & Martz Supply v. Mark and Nancy Gill | subcont non-payment | open |
| Case #2009CV11 Grand Dist Crt | Premier Supply v. Cozens Pointe, CRC and Mrk Gill | subcontr non-payment | closed |
| Case No. 09CV2877 Denver Dist Crt | 84 Lumber v. M3 Colo. CRC and Gill | Subcont. | Open |
| Case #09C83 Grand County Crt | Vision companies v CRC (only) | subcont. non-payment | open |
| Case No._____ Elbert County Crt | BC Services v Nancy and Mark Gill | medical bills | open |
| Case No_____ Arapahoe County Court | AAA Building Maintenance v CRC | subcont. non-payment | open |
| Case #2008C311622 Arapahoe County Court | Allegiant Mgmt v. CRC | Condo HOA | closed |
| Case #09S427 Arapahoe County Crt | JRW Property Mgmt v CRC | subcont. non-payment | Dismissed |
| Case #2008C312050 Arapahoe County Court | Pac-Van, Inc. v CRC and Mark Gill | non-payment | closed |
| Case #_____ Arapahoe County Court | Professional Affiliates v CRC | gas bill | settled/closed |
| Case #_____ Arapahoe County Crt | Continental Collection v CRC | janitorial | settled/closed |
| Case #08C312130 Arapahoe County Court | CFM Company v. CRC | subcont. non-payment | Settled/closed |

| | | | |
|---|---|---|---|
| Case #08C35418<br>City & County of<br>Denver, County Crt | Concrete Coring v.<br>CRC | subcont. | Settled/closed |
| Case #2008C126<br>Clear Creek County<br>Court | James Drilling v.<br>Paul Jamie and CRC | subcont.<br>non-payment | Dismissed |
| Case #08C141<br>Grand County Crt | David Cautrell d/b/a<br>Cautrell Excavating<br>v. CRC | subcont.<br>non-payment | Settled/dismissed |